James Cai (SBN 200189)
Brian Barnhorst (SBN130292)
Woody Wu (SBN 309317)
SAC Attorneys, LLP
1754 Technology Drive, Suite 122
San Jose, California 95110
Telephone: (408) 436-0789
Facsimile: (408) 436-0758

Attorneys for Plaintiff
Tingyu Cheng

JAE K. PARK (SBN 234474)
jae.park@dentons.com
DENTONS US LLP
4655 EXECUTIVE DRIVE, SUITE 700
SAN DIEGO, CA 92121
Telephone:    619 236 1414
Facsimile:    619 232 8311

Attorney for Defendant PAYPAL, INC.

**APPROVED**
*Beth Labson Freeman*
Judge Beth Labson Freeman

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tingyu Cheng, an individual<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>PayPal, Inc., a Delaware corporation; and DOES 1-10, inclusive,<br><br>　　　　　　　Defendants. | CIVIL ACTION No.: 21-CV-03608-BLF<br><br>**STIPULATION TO EXTEND TIME TO OPPOSE AND REPLY TO DEFEDANT'S MOTION TO COMPEL ARBITRATION AND MOTION FOR COSTS (F.R.C.P. 6 and L.R. 6-1)** |

TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

WHEREAS, Defendant PayPal, Inc. ("PayPal") filed a Motion to Compel Arbitration and Motion for Costs (the "Motion") on June 17, 2021, the hearing date is scheduled on January 13, 2022. The current court schedule makes Plaintiff Tingyu Cheng's ("Cheng") opposition pleading due July 1, 2021 and PayPal's reply pleading due July 8, 2021;

WHEREAS, the parties have agreed that Cheng may have two additional weeks to file its opposition pleading, up to and including July 15, 2021; and PayPal may file its reply to Cheng's opposition up to and including July 22, 2021.

WHEREAS, the Parties agree that the extension in time for Cheng and PayPal to file opposition and reply related to the Motion will not alter the date of any event or any deadline already fixed by Court; and

WHEREAS, Federal Rule for Civil Procedure 6 (b) provides that the court may, for good cause, extend the time without a motion if a request is made, before the original time or its extension expires. And Local Rule 6-1 provides that Parties may stipulate in writing, without a Court order to enlarge or shorten the time in matters not required to be filed or lodged with the Court, provided the change will not alter the date of any event or any deadline already fixed by Court order. and provided that the parties promptly file such stipulation;

Now therefore, the Parties by and through their counsel of record, stipulate and agree that Cheng's opposition to the Motion is due on or before July 15, 2021 and PayPal's reply to Cheng's opposition is due on or before July 22, 2021.

IT IS SO STIPULATED.

STIPULATION TO EXTEND TIME TO OPPOSE AND REPLY TO DEFENDANT'S MOTION TO COMPEL ARBITRATION AND MOTION FOR COSTS - 2 -

| | |
|---|---|
| Dated: June 30, 2021 | Respectfully submitted,<br><br>SAC attorneys LLP<br><br><br>By: __/s/ Woody Wu<br>　　　　Woody Wu<br><br>Attorneys for Plaintiff<br>TINGYU CHENG<br><br><br>Dentons US LLP<br><br><br><br>By: _____/s/ Jae Park_____<br>　　　　Jae K. Park<br><br>Attorneys for Defendant<br>PAYPAL, INC. |

STIPULATION TO EXTEND TIME TO OPPOSE AND REPLY TO DEFENDANT'S MOTION TO COMPEL ARBITRATION AND MOTION FOR COSTS

- 3 -

**1**

**FILER'S ATTESTATION**

**2**   Pursuant to Local Rule 5-1(i)(3) regarding signatures, I attest under penalty of perjury that the

**3**

concurrence in the filing of this document has been obtained from its signatories.

**4**

**5**

Dated: June 30, 2021                                    By: /s/Woody Wu

**6**

**7**                                                                                Woody Wu

**8**

**9**

**10**

**11**

**12**

**13**

**14**

**15**

**16**

**17**

**18**

**19**

**20**

**21**

**22**

**23**

**24**

**25**

**26**

**27**

**28**  STIPULATION TO EXTEND TIME TO OPPOSE AND REPLY TO DEFENDANT'S MOTION TO COMPEL ARBITRATION AND MOTION FOR COSTS