James Cai (SBN 200189)
Brian Barnhorst (SBN130292)
Woody Wu (SBN 309317)
SAC Attorneys, LLP
1754 Technology Drive, Suite 122
San Jose, California 95110
Telephone: (408) 436-0789
Facsimile: (408) 436-0758

Attorneys for Plaintiff
Tingyu Cheng

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Tingyu Cheng, an individual

　　　　　　　　Plaintiff,

v.

PayPal, Inc., a Delaware corporation; and
DOES 1-10, inclusive,

　　　　　　　　Defendants.

CIVIL ACTION No.: 21-CV-03608-BLF

**DECLARATION OF WOODY WU IN
SUPPORT OF PLAINTIFF'S
OPPOSITION TO DEFENDANT'S
MOTION TO COMPEL
ARBITRATION AND MOTION FOR
COSTS**

**Date: January 13, 2022**

**Time: 9:00 am**

**Court Room: 3, 5ᵗʰ Floor**

**Judge: Ho. Beth L. Freeman**

1
DECLARATION OF WOODY WU IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S
MOTION TO COMPEL ARBITRATION AND MOTION FOR COSTS

I, Woody Wu, declare:

1.      I am an attorney at law, duly licensed to practice and practicing in the State of California.

2.      I am an attorney with SAC Attorneys LLP ("SAC"), attorneys for Plaintiffs herein, and am one of the attorneys primarily responsible for the day-to-day handling of this matter.

3.      On or about January 4, 2021, on behalf of Plaintiff Tingyu Cheng ("Mr. Cheng"), I filed a civil lawsuit against PayPal with Santa Clara Superior Court (the "State Action"). On March 11, 2021, PayPal's attorney Jae Park sent a letter (A true and correct copy of this letter is attached hereto as **Exhibit 1**) to me and asked me to move the State Action to arbitration, I replied to the email (A true and correct copy of the replied letter is attached hereto as **Exhibit 2**) on the same day and agreed to move the dispute to arbitration if PayPal agrees to waive the requirement for Mr. Cheng to send a Notice of Dispute to its PayPal's legal department. I specifically asked PayPal to respond to such proposal by March 15, 2021. PayPal failed to respond to me by March 15, 2021.

4.      On or about April 1, 2021, PayPal filed a Motion to Dismiss or Compel Arbitration (the "State Court Motion") with the State court, which was substantially the same as the instant Motion to Compel Arbitration filed with the Federal Court. A true and correct copy of the State Court Motion to Arbitration is attached hereto as **Exhibit 3.**


I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on July 14, 2021, in San Jose, California.

Woody Wu

2
DECLARATION OF WOODY WU IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S
MOTION TO COMPEL ARBITRATION AND MOTION FOR COSTS

# Exhibit 1

大成 **DENTONS**

**Jae K. Park**

jae.park@dentons.com
D    +1 619-595-8064

Dentons US LLP
4655 Executive Drive, Suite 700
San Diego, CA  92121
United States

dentons.com

**VIA ELECTRONIC MAIL**

March 11, 2021

Woody Wu, Esq.
SAC Attorneys LLP
1754 Technology Drive – Suite 122
San Jose, CA  95110

Re:   *Tingyu Cheng v. PayPal, Inc.*
      *Superior Court of California – County of Santa Clara*
      *Case No.: 21CV375684*

Dear Mr. Wu:

As you know, we are counsel for PayPal, Inc. in the above-referenced matter and write in connection with the complaint filed by your client.

Initially, regardless of the merits of your client's position—which we heavily dispute—the proper venue for this dispute is in a AAA arbitration in accordance with the User Agreement ("UA") that your client entered into in relation to his PayPal account.  I have enclosed a printout of the relevant portions of the UA. Accordingly, we request that Mr. Cheng voluntarily dismiss his civil action and, should he decide to pursue these meritless claims further, proceed to arbitration.

Please confirm Mr. Cheng's intentions by not later than 5:00 p.m. on Monday, March 15, 2021. Thank you.

Sincerely,

Dentons US LLP

Jae K. Park

US_Active\117133986\V-1

### PAYPAL ACCOUNT USER AGREEMENT

This user agreement will be effective for all users as of March 29, 2019.

Welcome to PayPal!

This user agreement is a contract between you and PayPal, Inc. governing your use of your PayPal account and the PayPal services. It applies to U.S. PayPal accounts only. If you are an individual, you must be a resident of the United States or one of its territories and at least 18 years old, or the age of majority in your state of residence to open a U.S. PayPal account and use the PayPal services. If you are a business, the business must be organized in, operating in, or a resident of, the United States or one of its territories to open a U.S. PayPal account and use the PayPal services.

By opening and using a PayPal account, you agree to comply with all of the terms and conditions in this user agreement. The terms include an agreement to resolve disputes by arbitration on an individual basis. You also agree to comply with the following additional policies and each of the other agreements on the Legal Agreements page that apply to you:

- Privacy Statement
- Acceptable Use Policy
- Electronic Communications Delivery Policy (E-Sign Disclosure and Consent)

Please read carefully all of the terms and conditions of this user agreement, terms of these policies and each of the other agreements that apply to you.

We may revise this agreement and any of the policies listed above from time to time. The revised version will be effective at the time we post it, unless otherwise noted. If our changes reduce your rights or increase your responsibilities we will post a notice on the Policy Updates page of our website and provide you at least 21 days advance notice for personal accounts and at least 5 days advance notice for business accounts. By continuing to use our services after any changes to this user agreement, you agree to abide and be bound by those changes. If you do not agree with any changes to this user agreement, you may close your account.

### ABOUT YOUR ACCOUNT

### Opening a PayPal Account

We offer two types of PayPal accounts: personal PayPal accounts and business PayPal accounts, both covered by this user agreement.

All PayPal accounts let you do things like:

- Send and receive money.
- Buy things online, using mobile devices or in stores.
- Make payments using your credit card, debit card, bank account, or other payment options, including funds held as balance in a business PayPal account (if we have verified the required identifying information you provide to us) or funds held in a PayPal Cash or a PayPal Cash Plus account linked to a personal PayPal account if you choose to open a PayPal Cash or a PayPal Cash Plus account. The term "Cash Account" in this user agreement will be used to refer to either a PayPal Cash or a PayPal Cash Plus account. More information about Cash Accounts can be found in the PayPal Cash and PayPal Cash Plus Account Terms and Conditions.

*Release of PayPal*

If you have a dispute with any other PayPal account holder, you release PayPal from any and all claims, demands and damages (actual and consequential) of every kind and nature, known and unknown, arising out of or in any way connected with such disputes. In entering into this release you expressly waive any protections (whether statutory or otherwise, for example, California Civil Code § 1542) that would otherwise limit the coverage of this release to include only those claims which you may know or suspect to exist in your favor at the time of agreeing to this release.

## Agreement to Arbitrate

You and PayPal agree that any claim or dispute at law or equity that has arisen or may arise between us will be resolved in accordance with the Agreement to Arbitrate provisions set forth below.  Please read this information carefully.  Among other things it:

- Affects your rights and will impact how claims you and we have against each other are resolved.
- Includes a Prohibition of Class and Representative Actions and Non-Individualized Relief pursuant to which you agree to waive your right to participate in a class action lawsuit against us.
- Requires you to follow the Opt-Out Procedure to opt-out of the Agreement to Arbitrate by mailing us a written notice and the opt-out notice must be postmarked no later than 30 days after the date you accept this user agreement for the first time.

If a dispute arises between you and PayPal, acting as either a buyer or a seller, our goal is to learn about and address your concerns. If we are unable to do so to your satisfaction, we aim to provide you with a neutral and cost effective means of resolving the dispute quickly.  Disputes between you and PayPal regarding the PayPal services may be reported to customer service online through the PayPal Help Center at any time, or by calling (888) 221-1161 from Mon-Fri 5:00 AM to 10:00 PM PT and Sat-Sun 6:00 AM to 8:00 PM PT.

| Agreement to Arbitrate | |
|---|---|
| **Our Agreement** | You and PayPal each agree that any and all disputes or claims that have arisen or may arise between you and PayPal, including without limitation federal and state statutory claims, common law claims, and those based in contract, tort, fraud, misrepresentation or any other legal theory, shall be resolved exclusively through final and binding arbitration, rather than in court, except that you may assert claims in small claims court, if your claims qualify and so long as the matter remains in such court and advances only on an individual (non-class, non-representative) basis.  This Agreement to Arbitrate is intended to be broadly interpreted.  The Federal Arbitration Act governs the interpretation and enforcement of this Agreement to Arbitrate. |
| **Prohibition of Class and Representative Actions and Non-Individualized Relief** | You and PayPal agree that each of us may bring claims against the other only on an individual basis and not as a plaintiff or class member in any purported class or representative action or proceeding.  Unless both you and PayPal agree otherwise, the arbitrator(s) may not consolidate or join more than one person's or party's claims and may not otherwise preside over any form of a consolidated, representative or class proceeding.  Also, the arbitrator(s) may award relief (including monetary, injunctive and declaratory relief) only in favor of the individual party seeking relief and only to the extent necessary to provide relief |

necessitated by that party's individual claim(s).  Any relief awarded cannot affect other PayPal customers.

| | |
|---|---|
| ***Arbitration Procedures*** | Arbitration is more informal than a lawsuit in court.  Arbitration uses a neutral arbitrator or arbitrators instead of a judge or jury, and court review of an arbitration award is very limited.  However, the arbitrator(s) can award the same damages and relief on an individual basis that a court can award to an individual.  The arbitrator(s) also must follow the terms of this user agreement as a court would.  All issues are for the arbitrator(s) to decide, except that issues relating to arbitrability, the scope or enforceability of this Agreement to Arbitrate, or the interpretation of the Prohibition of Class and Representative Actions and Non-Individualized Relief section above, shall be for a court of competent jurisdiction to decide.

The arbitration will be conducted by the American Arbitration Association (referred to as the "AAA") under its rules and procedures, including the AAA's Consumer Arbitration Rules (as applicable), as modified by this Agreement to Arbitrate.  The AAA's rules are available at www.adr.org.  A party who intends to seek arbitration must first send the other party, by certified mail, a completed Notice of Dispute.  You should send this notice to PayPal at:  PayPal, Inc., Attn: Litigation Department, Re: Notice of Dispute, 2211 North First Street, San Jose, CA 95131.  PayPal will send any notice to you to the address we have on file associated with your PayPal account; it is your responsibility to keep your address up to date.  All information called for in the notice must be provided including a description of the nature and basis of the claims the party is asserting and the relief sought.

If you and PayPal are unable to resolve the claims described in the notice within 30 days after the notice is sent, you or PayPal may initiate arbitration proceedings.  A form for initiating arbitration proceedings is available on the AAA's website at www.adr.org.

The arbitration shall be held in the county in which you reside or at another mutually agreed location.  If the value of the relief sought is $10,000 or less, you or PayPal may elect to have the arbitration conducted by telephone or based solely on written submissions, which election shall be binding on you and PayPal subject to the discretion of the arbitrator(s) to require an in-person hearing, if the circumstances warrant.  In cases where an in-person hearing is held, you and/or PayPal may attend by telephone, unless the arbitrator(s) require otherwise.  Any settlement offer made by you or PayPal shall not be disclosed to the arbitrator(s).

The arbitrator(s) will decide the substance of all claims in accordance with applicable law, including recognized principles of equity, and will honor all claims of privilege recognized by law.  The arbitrator(s) shall not be bound by rulings in prior arbitrations involving different PayPal customers, but is/are bound by rulings in prior arbitrations involving the same PayPal customer to the extent required by applicable law.  The award of the arbitrator(s) shall be final and binding, and judgment on the award rendered by the arbitrator(s) may be entered in any court having jurisdiction thereof. |

| | |
|---|---|
| ***Costs of Arbitration*** | Payment of all filing, administration, and arbitrator fees will be governed by the AAA's rules, unless otherwise stated in this Agreement to Arbitrate.  If the value of the relief sought is $10,000 or less, at your request, PayPal will pay all filing, administration, and arbitrator fees associated with the arbitration.  Any request for payment of fees by PayPal should be submitted by mail to the AAA along with your Demand for Arbitration and PayPal will make arrangements to pay all necessary fees directly to the AAA.  If the value of the relief sought is more than $10,000 and you are able to demonstrate that the costs of accessing arbitration will be prohibitive as compared to the costs of accessing a court for purposes of pursuing litigation on an individual basis, PayPal will pay as much of the filing, administration, and arbitrator fees as the arbitrator(s) deem necessary to prevent the cost of accessing the arbitration from being prohibitive.  In the event the arbitrator(s) determine the claim(s) you assert in the arbitration to be frivolous, you agree to reimburse PayPal for all fees associated with the arbitration paid by PayPal on your behalf that you otherwise would be obligated to pay under the AAA's rules. |
| ***Severability*** | With the exception of any of the provisions in the Prohibition of Class and Representative Actions and Non-Individualized Relief section above, if a court decides that any part of this Agreement to Arbitrate is invalid or unenforceable, the other parts of this Agreement to Arbitrate shall still apply. If a court decides that any of the provisions in the Prohibition of Class and Representative Actions and Non-Individualized Relief section above is invalid or unenforceable because it would prevent the exercise of a non-waivable right to pursue public injunctive relief, then any dispute regarding the entitlement to such relief (and only that relief) must be severed from arbitration and may be litigated in court. All other disputes subject to arbitration under the terms of the Agreement to Arbitrate shall be arbitrated under its terms. |
| ***Opt-Out Procedure*** | If you are a new PayPal customer, you can choose to reject this Agreement to Arbitrate by mailing us a written opt-out notice.  The opt-out notice must be postmarked no later than 30 days after the date you accept this user agreement for the first time.  You must mail the opt-out notice to PayPal, Inc., Attn:  Litigation Department, 2211 North First Street, San Jose, CA  95131.

For your convenience, we are providing an opt-out notice form you must complete and mail to opt out of this Agreement to Arbitrate.  You must complete this form by providing all the information it calls for, including your name, address, phone number, and the email address(es) used to log in to the PayPal account(s) to which the opt-out applies.  You must sign the opt-out notice for it to be effective. This procedure is the only way you can opt out of the Agreement to Arbitrate.  If you opt out of this Agreement to Arbitrate, all other parts of the user agreement will continue to apply.  Opting out of this Agreement to Arbitrate has no effect on any previous, other, or future arbitration agreements that you may have with us. |
| ***Future Amendments to this Agreement to Arbitrate*** | Notwithstanding any provision in the user agreement to the contrary, you and we agree that if we make any amendment to this Agreement to Arbitrate (other than an amendment to any notice address or website link provided herein) in the future, that amendment shall not apply to any claim that was filed in a legal proceeding against PayPal prior to the effective date of the amendment.  The amendment shall apply to all other disputes or claims governed by this Agreement |

to Arbitrate that have arisen or may arise between you and PayPal.  We will notify you of amendments to this Agreement to Arbitrate by posting the amended terms on www.paypal.com at least 30 days before the effective date of the amendments and by providing notice through email.  If you do not agree to these amended terms, you may close your PayPal account within the 30-day period and you will not be bound by the amended terms.

## Intellectual Property

### PayPal's trademarks

"PayPal.com," "PayPal," and all logos related to the PayPal services are either trademarks or registered trademarks of PayPal or PayPal's licensors.  You may not copy, imitate, modify or use them without PayPal's prior written consent.  In addition, all page headers, custom graphics, button icons, and scripts are service marks, trademarks, and/or trade dress of PayPal.  You may not copy, imitate, modify or use them without our prior written consent.  You may use HTML logos provided by PayPal for the purpose of directing web traffic to the PayPal services.  You may not alter, modify or change these HTML logos in any way, use them in a manner that mischaracterizes PayPal or the PayPal services or display them in any manner that implies PayPal's sponsorship or endorsement.  All right, title and interest in and to the PayPal websites, any content thereon, the PayPal services, the technology related to the PayPal services, and any and all technology and any content created or derived from any of the foregoing is the exclusive property of PayPal and its licensors.

### License grants, generally

If you are using PayPal software such as an API, developer's toolkit or other software application, which may include software provided by or integrated with software, systems or services of our service providers, that you have downloaded or otherwise accessed through a web or mobile platform, then PayPal grants you a revocable, non-exclusive, non-sublicensable, non-transferable, royalty-free limited license to access and/or use PayPal's software in accordance with the documentation accompanying such software.  This license grant applies to the software and all updates, upgrades, new versions and replacement software.  You may not rent, lease or otherwise transfer your rights in the software to a third party.  You must comply with the implementation, access and use requirements contained in all documentation accompanying the PayPal services.  If you do not comply with implementation, access and use requirements you will be liable for all resulting damages suffered by you, PayPal and third parties.  PayPal may update or discontinue any software upon notice to you.  While PayPal may have (1) integrated certain third party materials and technology into any web or other application, including its software, and/or (2) accessed and used certain third party materials and technology to facilitate providing you with the PayPal Services, you have not been granted and do not otherwise retain any rights in or to any such third party materials.  You agree not to modify, alter, tamper with, repair, copy, reproduce, adapt, distribute, display, publish, reverse engineer, translate, disassemble, decompile or otherwise attempt to create any source code that is derived from the software or any third party materials or technology, or otherwise create any derivative works from any of the software or third party materials or technology.  You acknowledge that all rights, title and interest to PayPal's software are owned by PayPal and any third party materials integrated therein are owned by PayPal's third party service providers.  Any other third party software application you use on the PayPal websites is subject to the license you agreed to with the third party that provides you with this software.  You acknowledge that PayPal does not own, control nor have any responsibility or liability for any such third party software application you elect to use on any of our websites, software and/or in connection with the PayPal services.

### License grant from you to PayPal; intellectual property warranties

# Exhibit 2

SAC ATTORNEYS LLP

1754 TECHNOLOGY DRIVE, SUITE 122
SAN JOSE, CA 95110
TELEPHONE: 408.436.0789
FACSIMILE: 408.436.0758
www.sacattorneys.com

March 11, 2021

Via Electronic Mail Only

Jae K. Park
Dentons US LLP
4655 Executive Drive, Suite 700
DSan Diego, CA, 92121
Jae.park@dentons.com

Re: Tingyu Cheng v. PayPal, Inc. (21CV375684)

Dear Mr. Park,

Your letter dated March 11, 2021 is well received, Plaintiff Tingyu Cheng ("Mr. Cheng") agrees to dismiss the superior court case and resolve the disputes with PayPal through AAA arbitration if PayPal agrees to waive the requirement for Mr. Cheng to send a Notice of Dispute to its legal department. Mr. Cheng has sent a demand letter (the "Demand Letter") to PayPal's legal department back to December 2, 2020  (see attached Exhibit A) and such demand letter contains all substantive content required by the Notice of Dispute. Mr. Cheng also filed a complaint (the "Complaint Letter") with Consumer Financial Protection Bureau, which Paypal did reply to Mr. Cheng on December 17, 2020 and rejected Mr. Cheng's demand (see attached Exhibit B). I do not think a Notice of Dispute, with duplicate content as the Demand Letter and the Complaint Letter would change PayPal's position on this matter. It would benefit both parties to skip the Notice of Dispute and go straight to the arbitration.

Please let me know if you agree with my proposal by March 15, 2021. Should you have any questions, please feel free to contact us.

Sincerely,

SAC ATTORNEYS LLP

/s/ Woody Wu_____
Woody Wu, Esq.

EXHIBIT A

# SAC ATTORNEYS LLP

1754 TECHNOLOGY DRIVE, SUITE 122
SAN JOSE, CA 95110
TELEPHONE: 408.436.0789
FACSIMILE: 408.436.0758
www.sacattorneys.com

December 2, 2020

Via Certified Mail, return receipt requested
PayPal, Inc.
Attn: Litigation Department
Re: Notice of Dispute
2211 North First Street, San Jose, CA 95131.

Re: PayPal account pandaxueshu2@gmail.com

To whom it may concern,

Our firm is retained by Mr. Tingyu Cheng ("Mr. Cheng"), whose PayPal account is
pandaxueshu2@gmail.com. (the "PayPal Account")

On June 16, 2020, Mr. Cheng received an email from service@paypal.com notifying that the
PayPal Account was limited temporarily due to certain alleged violation of PayPal's Acceptable
Use Policy. (see attached Exhibit 1). This email also requested Mr. Cheng to log in to the
"Resolution Center" to resolve the issue. Mr. Cheng did log in to the "Resolution Center" and
uploaded his ID and explanation. However, the restriction to the PayPal Account was not lifted
and on July 13, 2020, Mr. Cheng was notified that the PayPal Account was "permanently
restricted". On the same day, Mr. Cheng was notified that the balance of his PayPal account will
be frozen for a maximum of 180 days, and after that, PayPal will send an email to Mr. Cheng
regarding how to retrieve his balance. (the "July 13 message, see attached Exhibit 2)

Mr. Cheng never received any notice regarding the return of the balance of his PayPal account.
On November 21, 2020, when Mr. Cheng logged in to his account, he surprisingly found that
PayPal has taken all the balance of the PayPal Account on November 9, 2020 and November 10,
2020, with a total amount of $76,994.4 (the "Taking"). PayPal has sent no prior warning or

notice of this Taking or potential Taking, which is in contradiction with the July 13 Message. PayPal did not even notify Mr. Cheng **after** the Taking, nor provided any clear explanation of the basis of such Taking. A screenshot of such Taking is attached as Exhibit 3.

On November 21, 2020, Mr. Cheng sent an email to PayPal Customer Service and asked for an explanation and return of the Taking. However, he only received a standard reply bereft of any particularity. Mr. Cheng also called PayPal's customer service and left a message to PayPal's official Tweeter account, none of the above provided any particularity either. (See attached Exhibit 4)

I am writing this letter to demand that PayPal immediately specify the basis of the Taking, including but not limited to identify the transactions that allegedly violated PayPal's Acceptable Use Policy and to clarify the nature of the alleged violation. In addition, PayPal shall return the funds that are not associated with such alleged violation to Mr. Cheng immediately.

Please respond to this demand letter by December 10, 2020. Should you have any questions, please feel free to contact us.

Sincerely,
SAC ATTORNEYS LLP

Woody Wu, Esq.

# Exhibit 1

**service@paypal.com**
寄給 我

文 英文 〉 中文 (繁體) ▾ 翻譯郵件

6月16日 週二 上午6:36

關閉 下列語言內翻

Dear Tingyu Cheng,

A recent review of your account activity identified products/services on your website violate PayPal's Acceptable Use Policy. Specifically, "Econ Exam" and "Stat HW" are not permitted on our platform.

Please refer to:

- Transaction 7VE28427WP262532L from 04/15/2020 for the amount of $285.00 USD

- Transaction 5UP87046CD715141E from 04/16/2020 for the amount of $40.00 USD

As a result, your account has been limited temporarily.

We appreciate your business and request your assistance to complete the step(s) below to prevent any further disruption to the use of your account.

To help us resolve this, you will need to:

For more information about the status of your account and for instructions on how to restore full use of your account, please log in to your PayPal account and select the "Resolution Center" link. On the next page select the "Resolve" button/s located under the Action column, in the Steps to Provide More Information section and follow the applicable instructions.

the "Resolve" button/s located under the Action column, in the Steps to Provide More Information section and follow the applicable instructions.

You can view the complete PayPal Acceptable Use Policy by clicking the "Legal" link at the bottom of any PayPal page and clicking "PayPal Acceptable Use Policy".

We encourage you to login and resolve this as soon as possible to restore your account status.

Thank you for your prompt attention to this matter.

Sincerely,

PayPal

_____

Copyright © 1999-2020 PayPal. All rights reserved.

Responses to this email address are not monitored.





# Exhibit 2

# 您不能再使用PayPal

经过审查，我们决定永久限制您的账户，因为我们发现该账户可能存在风险。您无法再使用PayPal收付款或在线购物了。

如果您的PayPal余额中有资金，我们最多会将这些资金冻结180天。资金期限过后，我们会发送电子邮件告知您如何获取资金。

对此可能造成的任何不便，我们深表歉意。



登录PayPal

# Exhibit 3

2周前

已完成



**PayPal**
11月10日
转账

− $ 24,494.40   ⟨

**PayPal**
11月9日
转账

− $ 52,500.00   ⟨

打印详情

付款方式

消费金额

交易号 3K749680EK035432L

$ 24,494.40

卖家信息 PayPal

备注
$24,494.40 USD;PayPal Posting Date:Nov 10, 2020;Payment to:Paypal; 《合理使用规则》相关违规行为给PayPal造成的损失;

付款方式

消费金额

交易号
6E6856030425223H

🖶 打印详情

$ 52,500.00

卖家信息
PayPal

备注
$52,500.00 USD;PayPal Posting Date:Nov 9, 2020;Payment to:Paypal;《合理使用规则》相关违规行为给PayPal造成的损失;.

# Exhibit 4

22:24

◀ 搜尋

**PayPal Support** ✔
@AskPayPal

taken not returning.

星期日 01:56 ✓

Hello – Thanks for the reply!
I'm truly sorry for the concerns
you've been feeling. In the
images you have shared with
me, are these viewed from the
mobile app or paypal.com? If
you expand the transaction
from paypal.com, you should
have a note to review that has
more information. If the note is
the one you have mentioned in
previous messages, your
balance would have been
taken for fees or damages
resulted from that limitation.
More information can be found
in our User Agreement here,
including how much was
agreed upon to take: bit.ly/
3pPdorY. I'm sorry I do not
have better news for you
today. Please let me know if
you have any other questions
regarding your account. Thank
you! ^SH

星期日 03:41

開始撰寫訊息

PayPal客户服务

**RE:** 查看存在争议或未经授权的付款的状态

PayPal：交易详情.pdf
PayPal：交易详情2.pdf
2020/11/21，时间：下午8:26

Dear Tingyu Cheng,

Thank you for contacting PayPal with your concern. My name is Sudipt. I would be glad to assist you today.

I understand that you're concerned about the charges deducted from your account to PayPal.

PayPal maintains an Acceptable Use Policy to identify the types of products and services that are prohibited and those that require pre-approval. Failure to comply with these policies will result in the limitation of your PayPal account.

For the Terms and Conditions of the Acceptable Use Policy, click the **Legal** link at the bottom of any PayPal webpage and click "Acceptable Use Policy".

Hence your PayPal account is charged because PayPal's damages caused by Acceptable Use Policy violation (daily).

Thank you for being part of the PayPal community. For additional questions, please visit www.paypal.com and click Help & Contact, near the bottom of any page.

Sincerely,
Sudipt Ranjan Mohanty
PayPal Customer Solutions
PayPal


Copyright © 1999-2020 PayPal. All rights reserved.

---

**From:** pandaxueshu2@gmail.com
**Sent:** Saturday, November 21, 2020 3:02:28 AM (-07:00)
**Subject:** 查看存在争议或未经授权的付款的状态

undefined

消息：I am respectfully requesting that the hold on my funds/account be lifted. I am not necessarily requesting that my account be re-opened or allowed to continue to use the PayPal service, as I have already taken my business to your largest competitor and I am no longer in need of PayPal's services. My PayPal was suspended on June 16, 2020, and I received an email that says the money will be back after 180 days. It was fine when first few months, but then I realized PayPal has directly moved my money to your company and says all the money will be compensating the "damages" to PayPal. I understand the 180 days policy, but taking all my money I know this is illegal, since I have a perfect record of zero chargeback for my account history, I did provided all the necessary informations that

2020/11/24 下午10:18

required from Paypal, but PayPal insisting to transferred all my money to your own without my permission. This much of funds holding and transferring is affected me and affected on the use of the money, this has caused me a big financial losses. Please give me an explanation before November 18th, 2020, or I will report this to The California Office of the Attorney General, The United States Federal Reserve, The Better Business Bureau. After reporting. I will file to small claims court or a try to get a class action, in order to fight my rights back, and gets my compensation. My phone number is 716-458-5665.

EXHIBIT B



**PayPal**

PO Box 45950
Omaha, NE 68145-0950
www.paypal.com

December 17, 2020

Tingyu Cheng
1017 Deer Lakes Dr.
Buffalo, NY 14228

RE: Consumer Financial Protection Bureau Complaint No: 201120-5709651

Dear Mr. Cheng,

I am writing on behalf of PayPal in response to your recent complaint. You complain that PayPal debited your PayPal account balance for its liquidated damages pursuant to the User Agreement; and you request access to those funds.

<u>Response</u>
On May 11, 2019, you created a PayPal account ("Account") at which time you agreed to PayPal's user agreement ("User Agreement") and Acceptable Use Policy ("AUP").

In order to prevent fraud and help ensure the safety of the PayPal system and compliance with the User Agreement and AUP, PayPal routinely reviews account activity. On July 12, 2020, we carefully considered a number of factors that, when viewed together, indicated there was a high level of risk associated with your Account. In particular, we found that you were accepting payments for completing homework assignments, attending classes, and taking tests, which is activity prohibited under the AUP. In particular, the AUP provides that, "You may not use the PayPal service for activities that: ... 2. relate to transactions involving ... (d) items that encourage, promote, facilitate or instruct others to engage in illegal activity."

As a result, we permanently limited your Account as permitted under the Restricted Activities & Holds section of the User Agreement. We notified you of this action through email the same day.

Pursuant to the Restricted Activities & Holds section of the User Agreement, "If you are a seller and you violate the Acceptable Use Policy, then ... you will be liable to PayPal for the amount of PayPal's damages caused by your violation of the Acceptable Use Policy. You acknowledge and agree that $2,500.00 U.S. dollars per violation of the Acceptable Use Policy is presently a reasonable minimum estimate of PayPal's actual damages... PayPal may deduct such damages directly from any existing balance in any PayPal account you control." Accordingly and because you accepted payments into your Account for completing homework assignments, attending classes, and taking tests in violation of the AUP, between November 9 and 10, 2020, PayPal debited a total of $76,994.40 from your Account balance as recovery for its liquidated damages caused by the aforementioned AUP violations. You were notified of this via an entry in your PayPal transaction history stating, "PayPal's damages caused by Acceptable use Policy Violation(s)."



<u>Explanation of Closure</u>

We believe that PayPal acted in good faith and in accordance with the User Agreement when denying you access to our services and debiting your Account balance as reasonable measures to recover damages in accordance with our AUP. Accordingly, we are declining your request for access to the funds.

Please feel free to contact PayPal's Office of Executive Escalations at executiveoffice@paypal.com if you have any questions or concerns or if we can be of further assistance.

Respectfully,

Amro A.
Executive Escalations
PayPal, Inc.

cc: Consumer Financial Protection Bureau



PayPal, Inc.  |  PO Box 45950  |  Omaha, Nebraska  |  68145-0950

# Exhibit 3

1  JAE K. PARK (SBN 234474)
   jae.park@dentons.com
2  DENTONS US LLP
   4655 Executive Drive, Suite 700
3  San Diego, CA 92121
   Telephone:      619 236 1414
4  Facsimile:      619 232 8311

5  Attorneys for Defendant
   PayPal, Inc.

6

7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                      COUNTY OF SANTA CLARA

10

11 | TINGYU CHENG, an individual,            | Case No. 21CV375684

12 |                         Plaintiff,       | **PAYPAL, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION**

13 |            vs.                           |

14 | PAYPAL, INC., a Delaware corporation;    | Date:
   | and DOES 1-10 inclusive,                 | Time:
15 |                                          | Dept.:   D-02
   |                         Defendant.       | Judge:   Hon. Drew Takaichi
16 |
17 |                                          | Action Filed:   January 4, 2021
   |                                          | Trial Date:     Not Assigned

18

19        PLEASE TAKE NOTICE that, on a date and at a time to be scheduled by the Court, in

20 Department 2 of the Santa Clara Superior Court, located at 191 North First Street, San Jose,

21 California, 95113, Defendant PayPal, Inc. ("PayPal") will present its Motion to Compel

22 Arbitration seeking an order compelling Plaintiff Tingyu Cheng to arbitrate the claims asserted by

23 him in this action.

24        This motion is made on the grounds that there is a valid written arbitration agreement

25 between the parties, and the claims raised in this action are within the scope of said arbitration

26 agreement.  Further, there are no grounds to avoid arbitration.  Lastly, all litigation should be

27 stayed pending arbitration.

28 ///

                                          1

PayPal's Motion to Compel Arbitration is based upon this Notice, the Memorandum of Points and Authorities, and the declaration of Gavin Simons, each submitted herewith, the complete files and records of this action, and such additional oral and documentary evidence as may be presented at or before the time of the hearing on this motion.

Pursuant to local rules, the clerk will assign a hearing date and time for PayPal's motion, and PayPal will file and serve an amended notice of motion including that information once it is received.

Dated: April 1, 2021

DENTONS US LLP

By: _____
       Jae K. Park

Attorneys for Defendant,
PAYPAL, INC.

PAYPAL, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION

JAE K. PARK (SBN 234474)
jae.park@dentons.com
DENTONS US LLP
4655 Executive Drive, Suite 700
San Diego, CA 92121
Telephone:     619 236 1414
Facsimile:      619 232 8311

Attorneys for Defendant
PayPal, Inc.

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF SANTA CLARA

| | |
|---|---|
| TINGYU CHENG, an individual,<br><br>                    Plaintiff,<br><br>        vs.<br><br>PAYPAL, INC., a Delaware corporation;<br>and DOES 1-10 inclusive,<br><br>                    Defendant. | Case No. 21CV375684<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PAYPAL, INC.'S MOTION TO COMPEL ARBITRATION**<br><br>Date:<br>Time:<br>Dept.:     D-02<br>Judge:    Hon. Drew Takaichi<br><br>Action Filed:   January 4, 2021<br>Trial Date:      Not Assigned |

# TABLE OF CONTENTS

**Page**

I.      INTRODUCTION ......................................................................................... 5

II.     FACTUAL BACKGROUND .......................................................................... 6

III.    ARGUMENT ................................................................................................. 7

    A.    Applicable Federal Law in Favor of Arbitration Mandates that Plaintiff be Compelled to Arbitrate His Claims ........................................................... 7

          **1.**    The Court Should Compel Arbitration Pursuant to the Federal Arbitration Act ....................................................................... 7

          **2.**    Even if, *Arguendo*, the CAA Were to Control, Plaintiff Would Still Be Required to Arbitrate His Claims ...................................... 8

    B.    The Written User Agreement Calls for Arbitration of the Instant Dispute ............. 9

    C.    The Court Should Stay This Litigation ................................................. 12

IV.    CONCLUSION ............................................................................................ 12

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
OF PAYPAL, INC.'S MOTION TO COMPEL ARBITRATION

1

## TABLE OF AUTHORITIES

2

**Page(s)**

3

**Cases**

4

*AT & T Techs., Inc. v. Commc'ns Workers of Am.*
5
    475 U.S. 643 (1986) ..........................................................................................10

6

*Benson v. Casa de Capri Enters., LLC*
7
    980 F.3d 1328 (9th Cir. 2020).............................................................................8

8

*Bono v. David*
    147 Cal. App. 4th 1055 (2007)..........................................................................11

9

*Brennan v. Opus Bank*
10
    796 F.3d 1125 (9th Cir. 2015).............................................................................8

11

*Coast Plaza Doctors Hosp. v. Blue Cross of California*
    83 Cal. App. 4th 677 (2000)..............................................................................11

12

*Dean Witter Reynolds, Inc. v. Byrd*
13
    470 U.S. 213 (1985)............................................................................................7

14

*Doers v. Golden Gate Bridge Dist.*
15
    23 Cal. 3d 180 (1979) ........................................................................................9

16

*Ebner v. Fin. Architects, Inc.*
    763 F. Supp. 2d 697 (D. Del. 2011) ...................................................................9

17

*Ericksen Arbuthnot, McCarthy, Kearney & Walsh, Inc. v. 100 Oak St.*
18
    35 Cal. 3d 312 (1983) ..................................................................................8, 11

19

*Izzi v. Mesquite Country Club*,
20
    186 Cal. App. 3d 1309 (1986)..........................................................................11

21

*Khalatian v. Prime Time Shuttle, Inc.*
    237 Cal. App. 4th 651 (2015)..............................................................................9

22

*Kramer v. Toyota Motor Corp.*
23
    705 F.3d 1122 (9th Cir. 2013)...........................................................................10

24

*Mastrobuono v. Shearson Lehman Hutton, Inc.*
25
    514 U.S. 52 (1995) ..............................................................................................9

26

*Mercury Ins. Group v. Superior Court*
    19 Cal. 4th 332 (1998) ......................................................................................12

27

*Osborn ex rel. Osborn v. Kemp*
28
    991 A.2d 1153 (Del. 2010) .................................................................................9

*Rice v. Downs*
　　248 Cal. App. 4th 175 (2016)................................................................................8

*United Trans. Union v. S. Cal. Rapid Transit Dist.*
　　7 Cal. App. 4th 804 (1992)..................................................................................8

*Valencia v. Smyth*
　　185 Cal. App. 4th 153, 110 Cal. Rptr. 3d 180 (2010)..........................................8

*Vianna v. Doctors' Management Co.*
　　27 Cal. App. 4th 1186 (1994)...............................................................................8

*Victrola 89, LLC v. Jaman Props. 8 LLC*
　　46 Cal. App. 5th 337, 260 Cal. Rptr. 3d 1 (2020)................................................8

**Statutes**

9 U.S.C. § 2 .................................................................................................................7

9 U.S.C. § 3 ...............................................................................................................12

California Arbitration Act ...........................................................................................8

Code Civ. Proc. § 1281.2 ............................................................................................9

Code Civ. Proc. § 1281.4 ..........................................................................................12

Federal Arbitration Act ........................................................................6, 7, 8, 10, 12

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
OF PAYPAL, INC.'S MOTION TO COMPEL ARBITRATION

1    Defendant PayPal, Inc. ("PayPal") submits this memorandum of points and authorities in

2    support of its Motion to Compel Arbitration seeking an order compelling Plaintiff Tingyu Cheng

3    ("Cheng") to arbitrate the claims asserted by him in this action.

4    **I.    <u>INTRODUCTION</u>**

5    The Court should compel arbitration of the claims asserted by Cheng in this matter

6    because those claims are subject to a valid written arbitration agreement between the Parties.  The

7    Court should also stay all litigation pending arbitration.

8    The Parties' relationship is governed by PayPal's User Agreement (the "User

9    Agreement"), which contains a binding arbitration provision.  Cheng concedes that he entered

10   into, and that his account with PayPal is governed by, the User Agreement.  (Compl. ¶ 10.)

11   Nonetheless, without attaching a copy of the governing document, Cheng filed a five-count

12   Complaint against PayPal, including claims for breach of the User Agreement (Count I), violation

13   of a purported covenant of good faith and fair dealing relating to the User Agreement (Count II),

14   Unjust Enrichment (Count III), Conversion (Count IV), and Common Count (V).  The User

15   Agreement is at the heart of the underlying dispute between the parties regarding their rights and

16   obligations thereunder, and Plaintiff's claims are subject to the User Agreement's arbitration

17   provision.  Specifically, the User Agreement identifies certain "Restricted Activities" that all

18   users agree not to do, including, but not limited to violation of PayPal's Acceptable Use Policy.

19   Cheng alleges that his PayPal Account was "permanently restricted" for violating the Acceptable

20   Use Policy.  (Compl. ¶¶ 11-12; Compl. Ex. B.)  Plaintiff further contends that PayPal breached

21   the User Agreement or otherwise acted wrongfully in assessing liquidated damages against

22   Plaintiff for violation of the Acceptable Use Policy.  (See generally Compl. Counts I-V; see also

23   Compl. Ex. 2 at 1.)

24   Accordingly, PayPal respectfully requests that the Court grant the instant motion and issue

25   an order requiring Cheng to arbitrate his claims against PayPal in accordance with the clear and

26   binding arbitration provision in the User Agreement.  The Court should also stay all litigation

27   until arbitration is completed.

28   ///

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
OF PAYPAL, INC.'S MOTION TO COMPEL ARBITRATION

## II.     **FACTUAL BACKGROUND**

Defendant PayPal provides digital payment services that allows its users to buy, sell, and send money securely.  (Declaration of Gavin Simons ("Simons Decl.") at ¶ 3.)  Plaintiff alleges that he created an account with PayPal to receive compensation from alleged tutoring students.  (Compl. ¶ 10.)  Plaintiff admits that PayPal users agree to PayPal's User Agreement, and that he entered into the User Agreement with PayPal on or about May 11, 2019.  (*Id*.)  Plaintiff agreed to the terms of the User Agreement by opening and using a PayPal account to transact business and was provided a copy of the User Agreement upon opening his accounts.  (*Id*. ("During the process of creating the PayPal Account, Mr. Cheng had to agree to PayPal's user agreement (the "User Agreement") and Acceptable Use Policy ("AUP")"); Simons Decl. ¶¶ 4-10.)

The User Agreement contains the terms and conditions governing the use of a PayPal account and PayPal services, including an Agreement to Arbitrate any disputes with PayPal: "You and PayPal agree that any claim or dispute at law or equity that has arisen or may arise between us will be resolved in accordance with the provisions set forth in this Section… Agreement to Arbitrate."  (Simons Decl. ¶ 12; User Agreement at 37, Ex. 1 to Simons Decl.)  The terms include an agreement to resolve disputes by arbitration on an individual basis.  (Simons Decl. ¶ 12; User Agreement at 37, Ex. 1 to Simons Decl.)  The arbitration provision states:

> You and PayPal each agree that any and all disputes or claims that have arisen or may arise between you and PayPal, including without limitation federal and state statutory claims, common law claims, and those based in contract, tort, fraud, misrepresentation or any other legal theory, shall be resolved exclusively through final and binding arbitration, rather than in court, except that you may assert claims in small claims court, if your claims qualify and so long as the matter remains in such court and advances only on an individual (non-class, non representative) basis. This Agreement to Arbitrate is intended to be broadly interpreted. The Federal Arbitration Act governs the interpretation and enforcement of this Agreement to Arbitrate.

(Simons Decl. ¶ 12; User Agreement at 37, Ex. 1 to Simons Decl.)

The User Agreement also identifies certain "Restricted Activities" that all users agree not to do, including, but not limited to, violating PayPal's Acceptable Use Policy.  (Simons Decl. ¶ 15; User Agreement 25-26, Ex. 1 to Simons Decl.; see also Compl. ¶ 10 ("Mr. Cheng had to agree to PayPal's . . . Acceptable Use Policy.").)  PayPal's Acceptable Use Policy provides that

1   users may not use the PayPal service for, among other things, "activities that . . . violate any law,

2   statute, ordinance or regulation[;] relate to transactions involving . . . (d) items that encourage,

3   promote, facilitate or instruct others to engage in illegal activity."  (Simons Decl. ¶ 16;

4   Acceptable Use Policy at 1, Ex. 2 to Simons Decl.)  If a user engages in any "Restricted

5   Activities," including violation of the Acceptable Use Policy, the User Agreement provides that

6   under certain circumstances, PayPal may hold the balances in the user's PayPal account for up to

7   180 days.  (Simons Decl. ¶ 17; User Agreement at 26, Ex. 1 to Simons Decl.)  In addition, the

8   User Agreement provides that sellers who violate the Acceptable Use Policy will be liable to

9   PayPal for liquidated damages based on a formula described in the User Agreement.  (Simons

10  Decl. ¶ 18; User Agreement at 26, Ex. 1 to Simons Decl.)  Plaintiff's Complaint purports to assert

11  claims for breach of contract, breach of the covenant of good faith and fair dealing, unjust

12  enrichment, conversion, and common count, based on allegations that PayPal wrongfully retained

13  funds from Cheng's PayPal account as damages under the User Agreement.  (*See* Compl. Counts

14  I-V; Compl. Ex. B.)

15      Plaintiff initiated this action on January 4, 2021.  PayPal received service of process on

16  February 2, 2021.  Plaintiff's counsel agreed to extend PayPal's deadline to respond to the

17  Complaint ultimately until April 1, 2021.  This is Defendant's first appearance in the matter.

18  **III.**   **ARGUMENT**

19      **A.**    **Applicable Federal Law in Favor of Arbitration Mandates that Plaintiff be
20           Compelled to Arbitrate His Claims**

21           **1.**    **The Court Should Compel Arbitration Pursuant to the Federal
                  Arbitration Act**

22      The Federal Arbitration Act ("FAA"), which governs agreements to arbitrate implicating

23  interstate commerce, provides that arbitration clauses "shall be valid, irrevocable, and

24  enforceable, save upon such grounds as exist at law or in equity for the revocation of any

25  contract."  9 U.S.C. § 2.  The FAA "leaves no place for the exercise of discretion by a district

26  court, but instead mandates that district courts *shall* direct the parties to proceed to arbitration on

27  issues as to which an arbitration agreement has been signed."  *Dean Witter Reynolds, Inc. v. Byrd*,

28  470 U.S. 213, 218 (1985).  Under California state law, "the parties may limit the trial court's

authority to stay or deny arbitration under the [California Arbitration Act ("CAA")] by adopting the more restrictive procedural provisions of the FAA." *Victrola 89, LLC v. Jaman Props. 8 LLC*, 46 Cal. App. 5th 337, 345, 260 Cal. Rptr. 3d 1, 7 (2020) (*quoting Valencia v. Smyth*, 185 Cal. App. 4th 153, 157, 110 Cal. Rptr. 3d 180 (2010).)  "[T]he FAA pre-empts state laws which 'require a judicial forum for the resolution of claims which the contracting parties agreed to resolve by arbitration.'"  *Victrola*, 46 Cal. App. 5th at 355, 260 Cal. Rptr. 3d at 14–15. "When an agreement provides that its 'enforcement' shall be governed by the FAA, the FAA governs a party's motion to compel arbitration."  *Id.*, 46 Cal. App. 5th at 346, 260 Cal. Rptr. 3d at 7–8. Such is the case here: the User Agreement explicitly states that "[t]he Federal Arbitration Act governs the ***interpretation and enforcement*** of this Agreement to Arbitrate."  (User Agreement at 37, Ex. 1 to Simons Decl. (emphasis added).)  Accordingly, the trial court shall direct the parties to proceed to arbitration on all issues covered by the arbitration agreement.

Generally, "as a matter of federal law, any doubts concerning the scope of arbitrable issues should be resolved in favor of arbitration."  *Benson v. Casa de Capri Enters., LLC*, 980 F.3d 1328, 1330 (9th Cir. 2020).  Under the FAA, there are two gateway issues in determining whether to compel arbitration: "(1) whether there is an agreement to arbitrate between the parties; and (2) whether the agreement covers the dispute."  *Brennan v. Opus Bank*, 796 F.3d 1125, 1130 (9th Cir. 2015).  As discussed below, both questions are answered decidedly in the affirmative here.

## 2.     Even if, *Arguendo*, the CAA Were to Control, Plaintiff Would Still Be Required to Arbitrate His Claims

The result requiring arbitration would be the same even if the CAA rather than the more rigid FAA were to apply.  California has a "strong public policy in favor of arbitration."  *Ericksen Arbuthnot, McCarthy, Kearney & Walsh, Inc. v. 100 Oak St.*, 35 Cal. 3d 312, 319 (1983); *Rice v. Downs*, 248 Cal. App. 4th 175, 185 (2016).  Any doubts about whether an arbitration clause applies to a particular dispute should be resolved in favor of arbitration.  *Vianna v. Doctors' Management Co.*, 27 Cal. App. 4th 1186, 1189 (1994); *United Trans. Union v. S. Cal. Rapid Transit Dist.*, 7 Cal. App. 4th 804, 808 (1992).  Courts will "indulge every intendment to give

1  effect to such proceedings." *Doers v. Golden Gate Bridge Dist.*, 23 Cal. 3d 180, 189 (1979).

2          California Code of Civil Procedure Section 1281.2 requires a court to order arbitration if

3  the court determines that "an agreement to arbitrate the controversy exists," unless the court

4  determines that there is some defense to enforcement, such as a waiver of the right to compel

5  arbitration or a rescission of the agreement.  Code Civ. Proc. § 1281.2.  Once the moving party

6  establishes that there is a valid agreement to arbitrate the given dispute, the burden shifts to the

7  party opposing arbitration to show that the agreement should not be enforced.  Code Civ. Proc.

8  § 1281.2; *Khalatian v. Prime Time Shuttle, Inc.*, 237 Cal. App. 4th 651, 659 (2015).  The Court

9  should grant PayPal's motion because there is a valid agreement to arbitrate applicable to the

10  claims in this dispute and there are no grounds to avoid arbitration.

11          **B.      The Written User Agreement Calls for Arbitration of the Instant Dispute**

12          PayPal's Motion to Compel Arbitration can be decided on the papers currently before the

13  Court.  Pursuant to Delaware law,[1] "a valid contract exists when (1) the parties intended that the

14  contract would bind them, (2) the terms of the contract are sufficiently definite, and (3) the parties

15  exchange legal consideration."  *Osborn ex rel. Osborn v. Kemp*, 991 A.2d 1153, 1158 (Del.

16  2010).  It is undisputed that Plaintiff entered into the User Agreement with PayPal and that the

17  User Agreement governs the relationship between the parties.  (Compl. ¶ 10.)  In his Complaint,

18  Plaintiff admits that his relationship with PayPal is contractual, governed by legal agreements that

19  include the Acceptable Use Policy *and the User Agreement*.  (Compl. ¶ 10.)  Plaintiff admits that,

20  on or around May 19, 2019, he entered into the User Agreement with PayPal in order to open his

21  PayPal account.  (*Id.*)  Plaintiff asserts that he "performed his duties and conditions by complying

22  with the User Agreement and AUP, he provided tutoring service to college students, which is a

23  legal activity."  (Compl. ¶ 19.)  Plaintiff attaches the Acceptable Use Policy as Exhibit A to his

24  Complaint.  (*See* Compl., Ex. A.)

25  _____

26  [1]  The User Agreement contains a Delaware choice-of-law provision, which governs the issue of
   the contract's validity.  (*See* User Agreement at 42, Ex. 1 to Simons Decl.)  *See Ebner v. Fin.*

27  *Architects, Inc.*, 763 F. Supp. 2d 697, 700 (D. Del. 2011) ("When an agreement contains both a
   choice-of-law clause and an arbitration clause, the reviewing court will apply the substantive law

28  of the state named in the choice of law clause." (*citing Mastrobuono v. Shearson Lehman Hutton,*
   *Inc.,* 514 U.S. 52, 63-64 (1995)).

Here, the User Agreement between Plaintiff and PayPal is undoubtedly valid.  Plaintiff consented to the terms of the User Agreement in consideration for opening his PayPal account and was provided a copy of the User Agreement at that time.  (Compl. ¶ 10; Decl. ¶¶ 4-10.)   The first page of the User Agreement makes this agreement clear, including the Plaintiff's obligation to arbitrate:

> By opening and using a PayPal account, you agree to comply with all of the terms and conditions in this user agreement. The terms include an agreement to resolve disputes by arbitration on an individual basis. You also agree to comply with the following additional policies and each of the other agreements on the Legal Agreements page that apply to you:
> - Privacy Statement
> - Acceptable Use Policy
> - Electronic Communications Delivery Policy (E-Sign Disclosure and Consent)

(User Agreement at 1, Ex. 1 to Simons Decl.)

The arbitration provision is similarly clear and definite:

> You and PayPal each agree that any and all disputes or claims that have arisen or may arise between you and PayPal, including without limitation federal and state statutory claims, common law claims, and those based in contract, tort, fraud, misrepresentation or any other legal theory, shall be resolved exclusively through final and binding arbitration, rather than in court, except that you may assert claims in small claims court, if your claims qualify and so long as the matter remains in such court and advances only on an individual (non-class, non-representative) basis.  This Agreement to Arbitrate is intended to be broadly interpreted.  The Federal Arbitration Act governs the interpretation and enforcement of this Agreement to Arbitrate.

(Simons Decl. ¶ 12; User Agreement at 37, Ex. 1 to Simons Decl.)  The User Agreement, therefore, is a valid, enforceable agreement to arbitrate.

Under the FAA, the scope of the arbitration agreement is governed by federal substantive law.  *Kramer v. Toyota Motor Corp.*, 705 F.3d 1122, 1126 (9th Cir. 2013).  "There is a presumption of arbitrability in the sense that '[a]n order to arbitrate the particular grievance should not be denied unless it may be said with positive assurance that the arbitration clause is not susceptible of an interpretation that covers the asserted dispute. Doubts should be resolved in favor of coverage.'"  *AT & T Techs., Inc. v. Commc'ns Workers of Am.*, 475 U.S. 643, 650 (1986).  This is especially true where the provision is broad.  *Id.*  In the instant case, the broad arbitration provision in the Parties' valid contract explicitly extends to all claims between the

1  Parties, not just contractual claims.  (Simons Decl. ¶ 12; User Agreement at 37, Ex. 1 to Simons

2  Decl.)[2]

3      The express written terms of the User Agreement demonstrate that all of Plaintiff's claims

4  fall within the scope of the arbitration agreement.  The User Agreement broadly calls for

5  arbitration of all claims between Plaintiff and PayPal, "including without limitation federal and

6  state statutory claims, common law claims, and those based in contract, tort, fraud,

7  misrepresentation or any other legal theory."  (*See* Decl. ¶ 12; User Agreement at 37, Ex. 1 to

8  Simons Decl.)  Moreover, Plaintiff's claims arise out of the User Agreement.  (*See, e.g.*, Compl.

9  Counts I-II.)  The User Agreement identifies certain "Restricted Activities" that all users agree

10 not to do, including, but not limited to, violation of PayPal's Acceptable Use Policy.  (*See* Decl.

11 ¶ 15; User Agreement at 14, Ex. 1 to Simons Decl.; Compl. Ex. A.)  PayPal's Acceptable Use

12 Policy prohibits the use of PayPal services for "activities that . . . violate any law, statute,

13 ordinance or regulation[;] relate to transactions involving . . . (d) items that encourage, promote,

14 facilitate or instruct others to engage in illegal activity." (Simons Decl. ¶ 16; Acceptable Use

15 Policy at 1, Ex. 2 to Simons Decl.; Compl. Ex. A.)  If a user acting as a seller has engaged in

16 transactions that violate the Acceptable Use Policy, the User Agreement provides that PayPal

17 may assess liquidated damages against that user's account balance. (Simons Decl. ¶ 18; User

18 Agreement at 26, Ex. 1 to Simons Decl.)  Plaintiff's Complaint alleges five causes of action based

19 upon his allegations that, when it determined that Plaintiff's use of his PayPal account to collect

20 payment from others for fraudulently taking tests, writing essays, attending class, and performing

21 similar activities on for others violated the Acceptable Use Policy, PayPal violated the User

22 Agreement and wrongfully retained funds from his PayPal account as a result.  (*See* Compl.,

23 ─────────────────────
   [2] California law also supports the applicability of the arbitration clause to this dispute.  *See, e.g.*,
24 *Bono v. David*, 147 Cal. App. 4th 1055, 1067 (2007); *Coast Plaza Doctors Hosp. v. Blue Cross of
   California*, 83 Cal. App. 4th 677, 686 (2000) ("It has long been the rule in California that a
25 broadly worded arbitration clause...may extend to tort claims that may arise under or from the
   contractual relationship."); *see also Izzi v. Mesquite Country Club*, 186 Cal. App. 3d 1309, 1315-
26 16  (1986) (explaining that "where contracts provide arbitration for '"any controversy ... arising
   out of or relating to the contract..."'" courts hold those arbitration clauses sufficiently broad to
27 include torts, as well as contractual liabilities so long as the tort claims "have their roots in the
   relationship between the parties which was created by the contract.").  Any doubts concerning the
28 scope of arbitrable issues, and whether the torts are covered by the arbitration provision, are
   always resolved in favor of arbitration.  *Ericksen*, 35 Cal.3d at p. 323.

─────────────────────

Counts I-V; Compl. Ex. B.)  As such, Plaintiff's claims arising out of the User Agreement clearly fall within the scope of its arbitration provision.

The dispute, as alleged in the Complaint, is rooted in whether Plaintiff violated the User Agreement and Acceptable Use Policy in his use of the PayPal Account and whether Defendant properly applied the User Agreement's liquidated damages provision.  (*See* Compl. Ex. B.)  As such the claims in the Complaint must be arbitrated.

## C.     The Court Should Stay This Litigation

Under both the FAA and California law, it well-established that an order to stay the pending action may be granted concurrently with a motion to compel arbitration.  *See, e.g.*, 9 U.S.C. § 3 (court "shall . . . stay the trial of the action until such arbitration has been had in accordance with the terms of the agreement"); *Mercury Ins. Group v. Superior Court*, 19 Cal. 4th 332, 349 (1998).  Code of Civil Procedure Section 1281.4 requires a stay of litigation when a motion to compel arbitration is granted, stating:

> If a court…has ordered arbitration of a controversy…the court…shall, upon motion of a party to such action or proceeding, stay the action or proceeding until an arbitration is had. . . .

Code Civ. Proc. § 1281.4.

Therefore, in conjunction with ordering the parties to arbitration, the Court should stay litigation pending arbitration.

## IV.   <u>CONCLUSION</u>

As set forth above, Plaintiff's Complaint should be dismissed, or in the alternative, stayed, in favor of arbitration.  Consequently, PayPal respectfully requests that the Court issue an order requiring Cheng to arbitrate his claims and staying all litigation pending the conclusion of that arbitration.

Dated: April 1, 2021                                DENTONS US LLP

By: _____
     Jae K. Park

Attorneys for Defendant,
PAYPAL, INC.

12

1    JAE K. PARK (SBN 234474)
     jae.park@dentons.com
2    DENTONS US LLP
     4655 Executive Drive, Suite 700
3    San Diego, CA 92121
     Telephone:     619 236 1414
4    Facsimile:     619 232 8311

5    Attorneys for Defendant
     PayPal, Inc.

6

7

8                    SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                              COUNTY OF SANTA CLARA

10

11   TINGYU CHENG, an individual,              Case No. 21CV375684

12                      Plaintiff,             **DECLARATION OF GAVIN SIMONS IN
                                               SUPPORT OF PAYPAL, INC.'S MOTION**
13            vs.                              **TO COMPEL ARBITRATION**

14   PAYPAL, INC., a Delaware corporation;     Date:
     and DOES 1-10 inclusive,                  Time:
15                                             Dept.:    D-02
                       Defendant.              Judge:    Hon. Drew Takaichi
16
                                               Action Filed:   January 4, 2021
17                                             Trial Date:     Not Assigned

18

19

20           I, Gavin Simons, declare as follows:

21           1.      I am an employee of PayPal, Inc. ("PayPal"), the defendant in the above-captioned

22   matter.  Except where my knowledge is based on my review of PayPal's records and documents

23   regularly maintained in the ordinary course of business, I have personal knowledge of the facts in

24   this declaration and could competently testify to them if I am called as a witness.

25           2.      I am employed by PayPal as Legal Specialist.  My job duties include, among other

26   things, accessing and analyzing PayPal user account records to confirm information regarding

27   PayPal users' account activity.  I have personally reviewed the user records for Plaintiff Tingyu

28   Cheng and his PayPal account.  I am also familiar with the process that prospective PayPal users

                                                1

1    currently go through to register to use PayPal's services, as well as the process that existed when

2    Plaintiff registered his accounts.

3        3.    Defendant PayPal provides digital payment services that allow its users to buy, sell

4    and send money securely.

5        4.    To create a PayPal account, the individual or business creating the account must

6    complete a registration process. To complete the registration process, each potential user whether

7    registering for an individual or business account must accept the terms of the PayPal User

8    Agreement ("User Agreement") that provides the terms and conditions governing his or her use

9    of PayPal's services and the relationship between PayPal and its users.  No user may register for a

10   PayPal account without agreeing to the terms and conditions of the User Agreement that is in

11   operation at the time he or she signs up.

12       5.    At the time Plaintiff created and registered his PayPal account, PayPal required

13   potential users to accept the User Agreement either by checking a box or clicking a button on the

14   registration forms presented online.  Before accepting the User Agreement, potential users were

15   given the opportunity to review the terms of the User Agreement, either by reviewing the terms in

16   a scroll box on the registration page or via a hyperlink contained within the acceptance prompt,

17   which would take the potential user to a separate, public webpage hosted by PayPal, which

18   disclosed the User Agreement in full.

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

DECLARATION OF GAVIN SIMONS IN SUPPORT OF
PAYPAL, INC.'S MOTION TO COMPEL ARBITRATION

6.      Figure 1, below, shows one variation of the prompt that potential users are shown during the registration process, and the phrase "User Agreement" in blue font represents a hyperlink that—when clicked—will direct users to the complete terms and conditions of the current PayPal User Agreement, which is publicly available on PayPal's website.



*Figure 1.*

7.      PayPal also makes the current and operative User Agreement available to all users and to the public through a "Legal" link that appears on every page of the PayPal.com website.

8.      If a potential user chooses not to accept the terms of the User Agreement when registering for a PayPal account, the potential user cannot complete the registration process or create a PayPal account.

9.      PayPal regularly updates the terms and conditions of its User Agreement, as the User Agreement allows PayPal to do.  At all relevant times, PayPal's User Agreements have provided that PayPal may amend the terms at any time by posting new terms to PayPal's website, and that users agree to be bound by any such amendments by continuing to use the PayPal

services.  As set forth in the User Agreement, PayPal provides each user with advance written notice of all policy changes.  Notices are posted on PayPal's website and for substantive amendments, PayPal also sends an email to its users notifying them of the changes that will be made to the User Agreement.

10.     PayPal's records indicate that Mr. Cheng's PayPal account was registered on May 11, 2019.  In order to create his account, he entered into the User Agreement in effect at that time. Attached hereto as Exhibit 1 is a copy of the User Agreement effective March 29, 2019, to which Mr. Cheng agreed when he opened his PayPal account.

11.     After agreeing to the March 29, 2019 User Agreement, as discussed above, Mr. Cheng continued to use his PayPal account regularly, logging in routinely until at least July 12, 2020, when his account was limited.

12.     At all times since Plaintiff opened his PayPal account in May 2019, the User Agreement has included an agreement to arbitrate all disputes with PayPal on an individual basis:

> You and PayPal each agree that any and all disputes or claims that have arisen or may arise between you and PayPal, including without limitation federal and state statutory claims, common law claims, and those based in contract, tort, fraud, misrepresentation or any other legal theory, shall be resolved exclusively through final and binding arbitration, rather than in court, except that you may assert claims in small claims court, if your claims qualify and so long as the matter remains in such court and advances only on an individual (non-class, non representative) basis. This Agreement to Arbitrate is intended to be broadly interpreted. The Federal Arbitration Act governs the interpretation and enforcement of this Agreement to Arbitrate.

(Ex. 1 at 37.)

13.     Moreover, at all times since Plaintiff opened his PayPal account in May 2019, the arbitration clause in the PayPal User Agreement has contained an opt-out provision allowing any user who did not consent to its terms to "opt out" by mailing notice to PayPal's Litigation Department within 30 days of signing a User Agreement containing the arbitration agreement. (Ex. 1 at 37.)

///

///

DECLARATION OF GAVIN SIMONS IN SUPPORT OF
PAYPAL, INC.'S MOTION TO COMPEL ARBITRATION

14.     PayPal maintains records of all users who have opted out of the arbitration agreement.  I have confirmed that Plaintiff has not provided any notice to PayPal that he would opt out of the arbitration agreement.

15.     The User Agreement identifies certain "Restricted Activities" that all users agree not to do, including, but not limited to violation of PayPal's Acceptable Use Policy.  (Ex. 1 at 25-26.)

16.     PayPal's Acceptable Use Policy provides that users may not use the PayPal service for, among other things, "activities that . . . violate any law, statute, ordinance or regulation[;] relate to transactions involving . . . (d) items that encourage, promote, facilitate or instruct others to engage in illegal activity."   (Ex. 2 at 1.)  Attached hereto as Exhibit 2 is a true and correct copy of PayPal's AUP effective July 1, 2015.

17.     If PayPal believes a user has engaged in any "Restricted Activities", including violation of the Acceptable Use Policy, the User Agreement provides that it may, among other things:

> Hold the balance in your Cash Account, the balance in your business
> PayPal account, or any money waiting to be claimed through your personal
> PayPal account if  you do not have a Cash Account linked to your personal
> PayPal account, for up to 180 days if reasonably needed to protect against
> the risk of liability or if you have violated our Acceptable Use Policy.

(Ex. 1 at 26.)

18.     PayPal's User Agreement provides that, if a seller violates the Acceptable User Policy, he or she is responsible for damages to PayPal caused by such violations and all users agree that:

> If you've violated our Acceptable Use Policy, then you're also responsible
> for damages to PayPal caused by your violation of this policy; . . .
> If you are a seller and you violate the Acceptable Use Policy, then in
> addition to being subject to the above actions you will be liable to PayPal
> for the amount of PayPal's damages caused by your violation of the
> Acceptable Use Policy. You acknowledge and agree that $2,500.00 U.S.
> dollars per violation of the Acceptable Use Policy is presently a reasonable
> minimum estimate of PayPal's actual damages considering all currently
> existing circumstances, including the relationship of the sum to the range
> of harm to PayPal that reasonably could be anticipated because, due to the
> nature of the violations of the Acceptable Use Policy, actual damages
> would be impractical or extremely difficult to calculate. PayPal may deduct

such damages directly from any existing balance in any PayPal account you control.

(Ex. 1 at 26.)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 1st day of April, 2021 at La Vista, Nebraska.


_____

Gavin Simons

DECLARATION OF GAVIN SIMONS IN SUPPORT OF
PAYPAL, INC.'S MOTION TO COMPEL ARBITRATION

# Exhibit 1

## PAYPAL ACCOUNT USER AGREEMENT

This user agreement will be effective for all users as of  March 29, 2019.

Welcome to PayPal!

This user agreement is a contract between you and PayPal, Inc. governing your use of your PayPal account and the PayPal services. It applies to U.S. PayPal accounts only. If you are an individual, you must be a resident of the United States or one of its territories and at least 18 years old, or the age of majority in your state of residence to open a U.S. PayPal account and use the PayPal services.  If you are a business, the business must be organized in, operating in, or a resident of, the United States or one of its territories to open a U.S. PayPal account and use the PayPal services.

By opening and using a PayPal account, you agree to comply with all of the terms and conditions in this user agreement. The terms include an agreement to resolve disputes by arbitration on an individual basis. You also agree to comply with the following additional policies and each of the other agreements on the Legal Agreements page that apply to you:

- Privacy Statement
- Acceptable Use Policy
- Electronic Communications Delivery Policy (E-Sign Disclosure and Consent)

Please read carefully all of the terms and conditions of this user agreement, terms of these policies and each of the other agreements that apply to you.

We may revise this agreement and any of the policies listed above from time to time.  The revised version will be effective at the time we post it, unless otherwise noted.  If our changes reduce your rights or increase your responsibilities we will post a notice on the Policy Updates page of our website and provide you at least 21 days advance notice for personal accounts and at least 5 days advance notice for business accounts. By continuing to use our services after any changes to this user agreement, you agree to abide and be bound by those changes. If you do not agree with any changes to this user agreement, you may close your account.

## ABOUT YOUR ACCOUNT

### Opening a PayPal Account

We offer two types of PayPal accounts: personal PayPal accounts and business PayPal accounts, both covered by this user agreement.

All PayPal accounts let you do things like:

- Send and receive money.
- Buy things online, using mobile devices or in stores.
- Make payments using your credit card, debit card, bank account, or other payment options, including funds held as balance in a business PayPal account (if we have verified the required identifying information you provide to us) or funds held in a PayPal Cash or a PayPal Cash Plus account linked to a personal PayPal account if you choose to open a PayPal Cash or a PayPal Cash Plus account. The term "Cash Account" in this user agreement will be used to refer to either a PayPal Cash or a PayPal Cash Plus account. More information about Cash Accounts can be found in the PayPal Cash and PayPal Cash Plus Account Terms and Conditions.

- Accept credit card, debit card, bank account, Cash Account and other payment methods from others.

You are responsible for maintaining adequate security and control of any and all IDs, passwords, personal identification numbers, or any other codes that you use to access your PayPal account and the PayPal services. You must keep your mailing address, email address and other contact information current in your PayPal account profile.

***Personal PayPal accounts***

If you primarily need to make purchases and send money to family and friends, a personal PayPal account is probably right for you. With a personal PayPal account you can do things like:

- Send and request money from friends and family.
- Buy goods and services.

You can also use a personal PayPal account to receive money for the sale of goods and services and hold that money in a linked Cash Account or transfer it to a linked bank account or debit card if you do not open a Cash Account, but if you plan to use your personal PayPal account primarily to sell things, you should open a business PayPal account.  You can also convert your personal PayPal account to a business PayPal account should circumstances change.

***Business PayPal accounts***

We recommend business PayPal accounts for people and organizations that primarily use PayPal to sell goods or services or accept donations, even if your business is not incorporated.  With a business PayPal account, you can do things like:

- Use a company or business name as the name on your business PayPal account.
- Allow up to 200 employees access to some of the features of your business PayPal account.
- Sign up for PayPal products that meet your business needs.

Business PayPal accounts may be subject to fees that differ from the fees applicable to personal accounts.

***By opening up a business PayPal account or converting a personal PayPal account to a business PayPal account, you certify to us that you are using it primarily for a business or commercial purpose.  You also consent to PayPal obtaining your personal and/or business credit report from a credit reporting agency at account opening and whenever we reasonably believe there may be an increased level of risk associated with your business PayPal account.***

***Commercial Entity Status***

If the activity through your business PayPal account reaches certain thresholds or involves certain business segments or activities, you are required by the card networks to agree to a Commercial Entity Agreement to allow you to continue accepting Visa and MasterCard payments.  In this case, these Commercial Entity Agreements will apply to any payment processed by PayPal on your behalf and will form part of this user agreement.

## *Closing Your PayPal Account*

You may close your PayPal account and terminate your relationship with us at any time without cost, but you will remain liable for all obligations related to your PayPal account even after the PayPal account is closed. When you close your PayPal account, we will cancel any scheduled or incomplete transactions. If you have a Cash

Account linked to a personal PayPal account, you must withdraw or transfer any funds held in your Cash Account before closing your personal PayPal account, and closing a personal PayPal account will result in PayPal automatically closing any linked Cash Account.  If you have a business PayPal account, you must withdraw or transfer any balance from your business PayPal account before closing it, and if you have not provided the required identifying information to us, or if we are unable to verify the required identifying information you provide, you must transfer any balance in your business PayPal account to a linked bank account or debit card. You cannot withdraw or transfer digital gift certificates/cards that are purchased through PayPal Digital Gifts and linked to your personal or business PayPal account as payment methods. However, even without your PayPal account, you can still use the codes you received by email when you purchased the gift certificates/cards to make purchases.

In certain cases, you may not close your PayPal account, including:

- To evade an investigation.
- If you have a pending transaction or an open dispute or claim.
- If your PayPal account has a negative balance.
- If your PayPal account is subject to a hold, limitation or reserve.

### Link or Unlink a Payment Method

You can link or unlink a credit card, debit card, a U.S. bank account or PayPal Credit to your PayPal account as a payment method. You can also link a Cash Account to your personal PayPal account as a payment method and unlink the Cash Account by withdrawing all funds and closing it.  Please keep your payment method information current (e.g. credit card number and expiration date).  If this information changes, we may update it using information and third party sources available to us without any action on your part.  If you do not want us to update your card information, you may contact your issuer to request this or remove your payment method from your PayPal account. If we update your payment method, we will keep any preference setting attached to such payment method. You may choose to confirm your card, so that we can verify that the card is valid and that you are the card owner.  To do this, we will charge $1.95 to the card.  After the card is confirmed, we will immediately refund this amount to the card.

### Receiving Funds, Holding a Balance or Transferring Funds

#### Personal PayPal accounts

Money sent to your personal PayPal account cannot be held as a balance in your personal PayPal account. When you receive money to your personal PayPal account, you can:

- transfer the money via a standard transfer to your bank account linked to your personal PayPal account for free;
- transfer the money via an Instant Transfer to an eligible debit card or bank account linked to your personal PayPal account, subject to the fees applicable to such transfers that can be found on the Fees for Transferring Funds (for personal PayPal accounts) table (see Exhibit A-1 to this pdf copy of the user agreement) and that will be disclosed to you in advance each time you initiate such a withdrawal;
- request PayPal to send the money to you by check (subject to a non-refundable fee of $1.50, which will be deducted from the amount of the withdrawal). If you request a paper check from us, you must cash it within 180 days of the date of issuance, or we will return the funds to your linked Cash Account if you have one or hold the funds on your behalf and retain the non-refundable fee of $1.50.  We will not send a check to a post office box, and we will only send a check to an address once we have confirmed that it belongs to you;

- open a Cash Account to hold the money as a balance in your Cash Account for purchases or to transfer funds to friends and family members.  A Cash Account is separate account from your personal PayPal account. If you open a Cash Account, we will automatically link your Cash Account to your personal PayPal account.  More information about Cash Accounts can be found in the PayPal Cash and PayPal Cash Plus Account Terms and Conditions.

You also cannot transfer money to your personal PayPal account to be held as a balance in your personal PayPal account. You will need to open a Cash Account to hold the money as a balance in your Cash Account, which can be used for purchases or to transfer funds to friends and family members. More information about Cash Accounts can be found in the PayPal Cash and PayPal Cash Plus Account Terms and Conditions.

Except as provided below, any balance in your Cash Account and any funds sent to you which have not yet been transferred to a linked bank account or debit card if you do not have a Cash Account represents an unsecured claim against PayPal and is not insured by the Federal Deposit Insurance Corporation (FDIC).

PayPal combines your PayPal funds with the PayPal funds of other PayPal users and invests those funds in liquid investments in accordance with state money transmitter laws. PayPal owns the interest or other earnings on these investments. These pooled amounts are held apart from PayPal's corporate funds, and PayPal will neither use these funds for its operating expenses or any other corporate purposes nor will it voluntarily make these funds available to its creditors in the event of bankruptcy.

If you have a PayPal Cash Card debit card as part of a Cash Account, that Cash Account will have pass-through FDIC insurance as further detailed in the PayPal Cash and PayPal Cash Plus Account Terms and Conditions.

***Business PayPal accounts***

Money sent to a business PayPal account can be held directly as balance in the business PayPal account. The balance functionality in your business PayPal account will differ depending on whether we have been able to verify the required identifying information that you provide to us.

The required identifying information is:

- For sole proprietorships: name, physical address, date of birth and taxpayer identification number; or
- For other types of business legal entities: business name, business address, taxpayer identification number, and proof of business existence.

If we have not verified the required identifying information, a balance in your business PayPal account can only be held in your business PayPal account and transferred to a linked bank account or debit card or you can request PayPal to send you the money by check (subject to a non-refundable fee of $1.50, which will be deducted from the amount of the withdrawal). Your balance may also be used to fund payments or money owed to PayPal, such as payments on your PayPal Working Capital account or monies owed for refunds or chargebacks.

If we have verified the required identifying information, a balance can be held in your business PayPal account, transferred to a linked bank account or debit card, used to make purchases or send money to others.

If you have a business PayPal account and we have verified the required identifying information that you have provided to us, you may transfer money to the balance of your business PayPal account from any bank account linked to your business PayPal account by requesting an electronic transfer from your bank account.  If we have not verified the required identifying information that you have provided to us, you cannot add funds to your balance in a business PayPal account.

You can withdraw balance from your business PayPal account by:

- transferring it via a standard transfer to a bank account linked to your business PayPal account for free,
- transferring it via an Instant Transfer to an eligible debit card or bank account linked to your business PayPal account, subject to the fees applicable to such transfers that can be found on the Fees for Transferring Balance (for business PayPal accounts) table (see Exhibit A-2 to this pdf copy of the user agreement) and that will be disclosed to you in advance each time you initiate such a withdrawal,
- withdrawing it from an ATM (automated teller machine) if you have a PayPal-branded debit card (fees may apply), or
- Requesting a check from us (subject to a non-refundable fee of $1.50, which will be deducted from the amount of the withdrawal).  If you request a paper check from us, you must cash it within 180 days of the date of issuance, or we will return the funds to your balance in your business PayPal account and retain the non-refundable fee of $1.50.  We will not send a check to a post office box, and we will only send a check to an address once we have confirmed that it belongs to you.

Any balance you hold in your business account represents an unsecured claim against PayPal and is not insured by the Federal Deposit Insurance Corporation (FDIC).

PayPal combines your PayPal funds with the PayPal funds of other PayPal users and invests those funds in liquid investments in accordance with state money transmitter laws. PayPal owns the interest or other earnings on these investments. However, the claim against PayPal represented by your PayPal funds is not secured by these investments and you do not have any ownership interest (either legal or beneficial) in these investments. These pooled amounts are held apart from PayPal's corporate funds, and PayPal will neither use these funds for its operating expenses or any other corporate purposes nor will it voluntarily make these funds available to its creditors in the event of bankruptcy.

*Restrictions on transfers or withdrawals from PayPal accounts*

To protect us and our users from loss, we may delay a withdrawal, in certain situations, including if we need to confirm that you have authorized the withdrawal or if other payments to your PayPal account have been subject to a reversal (for example, as a result of a chargeback, bank reversal or dispute by a buyer).  If we place a limitation on your PayPal account, a payment is subject to a hold, or your account or an associated account has a negative balance in any currency while a withdrawal from your PayPal account is pending, you will have to reinitiate the withdrawal once the limitation or hold has been lifted, or negative balance is fully paid off.

We may set limits on your withdrawals, and you can view any withdrawal limit by logging into your PayPal account.  Completing two out of three of the following steps can help us verify your PayPal account, which may allow us to remove any withdrawal cap:

- Verifying your bank account.
- Linking and confirming your credit or debit card information.
- Providing your social security number.

## Managing Your Money in Multiple Currencies

*Holding currency other than U.S. dollars*

Your balance in your business PayPal account or in your Cash Account, if you have one, may be held in currencies other than U.S. dollars.

If you hold a balance in your business PayPal account or in your Cash Account:

- We may allow you to convert the funds to balance in another currency.  If you convert funds in your account, PayPal's transaction exchange rate (including our currency conversion spread) will be used.  We may, at our discretion, impose limits on the amount of money you can convert or the number of conversions you can perform.
- You may only withdraw the funds in U.S. dollars.  In order to withdraw funds in your account held in another currency you will have to convert the currency to U.S. dollars, or it will be converted for you at the time of your withdrawal.  PayPal's currency conversion rate, including our currency conversion spread, will be used.

To receive money in a currency your account is not currently configured to accept, it may be necessary to create a balance in your business PayPal account or in your Cash Account, in that currency or convert the money into another currency.  Certain currencies can only be received by converting the money into another currency that PayPal allows you to hold. If the money is converted, PayPal's transaction exchange rate (including our currency conversion spread) will be used.

You are responsible for all risks associated with maintaining multiple currencies in a PayPal Cash Account or business PayPal account.  You may not manage or convert multiple currencies for speculative trading purposes, conversion arbitrage, conversion options, or any other activity that PayPal determines is primarily for the purpose of gaining or making money based on currency conversion rates.  PayPal may hold, cancel, or reverse any transaction we determine to violate this policy.

*How we convert currency*

If PayPal converts currency, it will be completed at the transaction exchange rate we set for the relevant currency exchange. The transaction exchange rate is adjusted regularly and includes a **currency conversion spread** (described below) applied and retained by us on a base exchange rate to form the rate applicable to your conversion. The base exchange rate is based on rates within the wholesale currency markets on the conversion day or the prior Business Day; or, if required by law or regulation, set at the relevant government reference rate(s).

For some uses of your PayPal accounts, PayPal may determine currency conversion is necessary. For any of the following transactions that involve a currency conversion, the currency conversion spread is 3.0%:

- Paying for goods or services in a currency other than the currency the goods or services are listed in.
- Sending money to a friend or family member such that they receive a different currency from the currency you pay in.
- Sending money using PayPal's Payouts or MassPay products such that your recipients receive a different currency from the currency you pay in.

For all other transactions involving a currency conversion, the currency conversion spread is 2.5%.

*Currency conversion choices*

When your payment is funded by a debit or credit card and PayPal determines a currency conversion is necessary, you consent to and authorize PayPal to convert the currency in place of your debit or credit card issuer.  You may have the right to have your card issuer perform the currency conversion, if applicable for that card issuer and network.  Currency preference selections may be presented to you in various forms, including a choice of which currency is used for the transaction, whether PayPal or your card issuer performs the conversion, or which conversion rate is used for the transaction, and may be made available individually for

each card and for each automatic payment agreement. If your card issuer converts the currency, your card issuer will determine the currency conversion rate and what fees they may charge.

PayPal will always perform the conversion for transactions where your Cash Account balance, business PayPal account balance or linked bank account is the payment method.

### Account Statements

You have the right to receive an account statement showing your PayPal account activity. You may view your PayPal account statement by logging into your PayPal account.  If you have a Cash Account linked to your personal PayPal account, you will receive two statements: one showing all transactions in your personal PayPal account and an additional statement showing only transactions involving your Cash Account.

### SENDING MONEY AND BUYING

### Sending Money to a Friend or Family Member

#### Sending money

You can send money to a friend or family member using the send money feature in your PayPal account (sometimes called "personal payments" or "peer-to-peer/P2P payments").  You can send money to a friend or family member even if they don't have a PayPal account at the time you send them money, using their email address or mobile number in any currency that PayPal supports, and you can choose which payment method you want to use.  If the person to whom you are sending money does not have a PayPal account, they can claim it by opening a PayPal account. If they don't claim it, it will be refunded to you.

We may, at our discretion, impose limits on the amount of money you can send, including money you send for purchases.  You can view any sending limit by logging into your PayPal account.

When you send money to a friend or family member who has a PayPal account, one of two things may happen:  they may accept or decline the money.  If they decline to accept the money, the money (including any fees you were charged) will be refunded to:

- The original payment method you used for the transaction, if you used a credit card, debit card, PayPal Credit, a Cash Account, or balance in a business PayPal account as the payment method, or
- The balance in your business PayPal account or the balance in your Cash Account linked to your personal PayPal account if you used a bank account as the payment method and we cannot refund it to your bank account. If you do not have a Cash Account linked to your personal PayPal account, the money will be waiting for you to claim by using one of the available transfer methods under Receiving Funds, Holding a Balance or Transferring Funds for personal PayPal accounts.

### Fees for Sending Money to Friends and Family

The fees applicable to sending money can be found on our Fees for Sending Money to Friends and Family table (see Exhibit B to this pdf copy of the user agreement) and will be disclosed to you in advance each time you initiate a transaction to send money to a friend or family member.  If you convert money in your Cash Account balance or in your business PayPal account balance from one currency to another before sending money, PayPal's transaction exchange rate (including our currency conversion spread) will be used. If you use your credit card as the payment method when sending money, you may also be charged a cash-advance fee by your card issuer.

If you send money to a friend or family member from a third party (non-PayPal) website or by using a third party's product or service, then the third party will determine if the sender or recipient pays the fee.  This will be disclosed to you by the third party before the payment is initiated.

You can also use the send money feature in your PayPal account to pay for goods or services.  You will not be charged any transaction fee for sending money to purchase goods or services as long as you choose the "send money to pay for goods and services" feature in your PayPal account.  In that case, the seller will pay a fee.  You must not use the "send money to a friend or family member" feature in your PayPal account when you are paying for goods or services.

### *Buying Something From, or Returning Something to, a Seller Who Accepts PayPal*

#### *How to buy something*

You can buy something from a seller who accepts PayPal, in any currency that the seller accepts and that PayPal supports using any payment method linked to your PayPal account.  This includes, for example:

- Buying something at an online retailer's website and selecting PayPal as your payment method at checkout.
- Sending money to a seller for goods or services.
- Using your PayPal account to buy something at a seller's physical store.

If the seller you are buying from sells goods or services and that seller does not already have a PayPal account, they can claim your payment by opening a PayPal account.  If they don't open a PayPal account within 30 days, your purchase will be refunded.

In order to manage risk, PayPal may limit the payment methods available for a transaction when you buy something.  In addition, payment methods may be limited for certain sellers or if you make a PayPal payment through certain third party websites or applications.

When you authorize a payment to a seller who accepts PayPal, some sellers may take up to 30 days to complete the transaction.  In these instances, your payment may appear as a pending order in your PayPal account.  In that case, your authorization of the payment will remain valid until the seller completes the transaction (but no longer than 30 days).  If you used a debit or credit card as the payment method, your debit or credit card issuer also may show a pending authorization for a period of time until they release the hold or receive a completed transaction. If your payment requires a currency conversion by us, PayPal's transaction exchange rate (including a currency conversion spread) will be used, and may be the rate at the time the payment is processed.

#### *Fees*

When you buy something from a seller who accepts PayPal you don't pay a fee to PayPal. If PayPal performs a currency conversion for your purchase, PayPal's transaction exchange rate (including our currency conversion spread) will be used.  Your debit or credit card issuer may also charge you a separate fee for non-U.S. transactions.

In addition you may be required to pay a fee to PayPal if you are making a purchase using PayPal Business Payments and the seller discloses to you that you, as the buyer, must pay the fee.

*Payment review*

When PayPal identifies a potentially high-risk transaction, we review the transaction more closely before allowing it to proceed.  When this happens, PayPal will place a hold on the transaction and notify the seller to delay shipping of the item.  As a buyer, this may delay your receipt of the item you purchased.  If we clear the transaction, we will notify the seller and direct them to ship the item.  If we don't clear the transaction, we will cancel it and return the funds to you, unless we are legally required to take other action.

*Automatic payments*

You can agree with a seller who accepts PayPal to use PayPal as the payment method for future purchases with that seller.  This agreement is between you and the seller and allows you to pay the seller on a one-time, regular or sporadic basis. Examples of automatic payments that can be arranged by you either with a seller or with PayPal include those that PayPal calls a "billing agreement," "subscription," "recurring payment," "reference transaction," "preauthorized transfer" or "preapproved payment."

You may cancel an automatic payment up to 3 Business Days before the date of the next scheduled payment from your account settings or by contacting us through the PayPal Help Center, or by calling PayPal at (888) 221-1161. Once your automatic payment is canceled, all future automatic payments under your agreement with that seller will be stopped.  If you cancel an automatic payment, you may still owe the seller money for the purchase or have additional obligations to the seller for any goods or services that you receive but have not paid for.

If you have given advance authorization, either to a seller or to PayPal, that permits a seller to take or receive payments from your PayPal account on a regularly recurring basis (for example, every month or otherwise on a routine billing cycle), and if such payments will vary in amount, you have the right to advance notice of the amount and date of the transfer from the seller at least 10 days before the transfer is made.  If the seller provides the option, you may choose to receive this advance notice only when the amount of your automatic payment will fall outside a range established between you and the seller.

If you have authorized an automatic payment and PayPal performs currency conversion for an automatic payment transaction, PayPal will use the transaction exchange rate (including PayPal's currency conversion spread) in effect at the time the automatic payment transaction is processed.

*Refunds*

When you buy something from a seller online using PayPal and the transaction is ultimately refunded, the money will typically be refunded to the original payment method you used for the transaction if you used a debit card, credit card, PayPal Credit, or a balance in your Cash Account or business PayPal account.

If you used a bank account linked to a personal PayPal account as the payment method for the transaction, we will attempt to refund the money to your bank account.  If we are unable to do so, we will refund the money to your linked Cash Account if you have one.   If you do not have a Cash Account, the money will be waiting for you to claim by using one of the available transfer methods under Receiving Funds, Holding a Balance or Transferring Funds for personal PayPal accounts.

If you used a bank account linked to a business PayPal account as the payment method for the transaction, we will attempt to refund the money to your bank account.  If we are unable to do so, we will refund the money to your balance in your business PayPal account.

For purchases you make in a seller's store location that you paid for using your personal PayPal account and the transaction is ultimately refunded, the money will be refunded to your Cash Account if you have one.  If you do

not have a Cash Account, the money will be waiting for you to claim by using one of the available transfer methods under Receiving Funds, Holding a Balance or Transferring Funds for personal PayPal accounts.

For purchases you make in a seller's store location that you paid for using your business PayPal account and the transaction is ultimately refunded, the money will be refunded to your balance in your business PayPal account.

If you used Pay with Rewards to fund your transaction, your refund will be processed back as a dollar amount: depending on your card agreement with your issuer, your issuer may or may not credit your purchase back to your reward balance.

If PayPal performed currency conversion for your transaction and a refund is issued:

- Within 60 days of the date of the original payment, PayPal's transaction exchange rate used at the time of the original payment will apply.
- Beyond 60 days of the date of the original payment, PayPal's transaction exchange rate on the date of the refund will apply.

Money will be refunded in the currency you paid; or if we are unable to refund in the currency you paid, in your primary holding currency; or we are unable to refund in your primary holding currency, then in U.S. dollars.

### Payment Method Used for My Transaction

**Selecting a preferred payment method**

You can choose any of the payment methods in your PayPal account as your preferred payment method.  You can select a preferred payment method in your account preferences on www.paypal.com or in the PayPal app. There may be times when your preferred payment method cannot be used, for example, if you select a credit card that is expired.

You can set separate preferred payment methods for online transactions, in-store transactions and automatic payments.

If you have chosen a preferred payment method, it will be shown as the primary method of payment.

**If no preferred payment method, it's still your choice.**

The availability of certain payment methods may be limited based on that particular seller or the third party website you are using to complete the transaction.

If you have not selected a preferred payment method, or your preferred payment method is unavailable, we will show you available payment methods, including the payment method you used most often or most recently, at the time of transaction.  You can also click on the "Manage" link to see all of your available payment methods, or add a new one, and select a payment method  during the transaction.

**Backup payment method**

Certain one-time online transactions may require that a backup funding method be used in the event that your selected or preferred payment method is unavailable. In those instances, the backup funding method may be displayed to you on your transaction review page, before you complete the transaction.  Note that this only applies for one-time, online transactions, and not for in-store or automatic payments. If PayPal determines currency conversion is necessary for a transaction that also requires a backup payment method, you may not

be able to separately choose whether PayPal or your card issuer performs the currency conversion on your backup payment method.

***Sending money to friends and family***

When you send money to friends and family within the U.S. using balance in your Cash Account linked to your personal PayPal account, the balance in your business PayPal account, or your bank account, we waive all fees, so we always show you these payment options first, even if you have a set preferred payment method for your online purchases. Remember, you always have the choice to select any payment method in your PayPal account by clicking the "Change" link on the Send Money page.  If you select a payment method with a fee, we will always show you the fee before you send money.

***Automatic payments***

Some sellers allow you to store PayPal as the way you pay when making purchases on their site, so you can check out faster. Often, this entails creating an agreement with the seller that permits them to request that we charge your PayPal account each time you make a purchase. If the seller provides the option, you may choose to receive this advance notice only when the amount of your automatic payment will fall outside a range established between you and the seller. To help minimize disruptions in your automatic payments, we may update your Payment Method information, see Link or Unlink a Payment Method.

When you first set up an agreement, your preferred payment method (if you have one selected) will be shown first.  We will also show you other payment methods you have available in your PayPal account that you can instruct the seller to use.  For example, you can instruct your monthly movie subscription service to always charge your credit card for the monthly cost.  The payment method you select will be used for every future transaction with that seller, unless you change it in your account settings on www.paypal.com or the payment method is unavailable (e.g., because the credit card has expired).

There are a few sellers where you can select PayPal as the method of payment for future transactions, but you won't be shown the specific payment method that will be used.  When setting up an agreement with one of these sellers, the payment method used will be in the following order, if applicable:  1.  Cash Account (if one is linked to your personal PayPal account) or balance in your business PayPal account (if we've been able to verify the required identifying information you provide to us); 2. Bank account; 3. PayPal co-branded debit card; 4. PayPal co-branded credit card; 5. Debit card; 6. Credit card; and 7. E-check.  This is also the order of payment methods that will be used if a previously selected payment method to be used in a seller agreement is unavailable.

You can cancel any agreement in your account settings on www.paypal.com.

***Bank account transfers***

When you use your bank account as a payment method, you are allowing PayPal to initiate a transfer from your bank account to the recipient.  For these transactions, PayPal will make electronic transfers from your bank account in the amount you specify.  You authorize PayPal to try this transfer again if the initial transfer is rejected by your bank for any reason.

***E-check***

E-check is a payment method where you use your bank account as your payment method, and the payment is not received by the recipient until the transaction is processed from the bank.  This process usually takes 3-5 Business Days, but this amount of time will increase if the payment is sent from a bank account located outside the United States.

*Pay with Rewards*

PayPal may allow you to redeem rewards associated with your eligible card(s) when making a purchase with your PayPal account through PayPal's Pay with Rewards program. You authorize PayPal to share information about your account with your card issuer in order to allow you to redeem rewards associated with your card when making a purchase through Pay with Rewards.

All Pay with Rewards redemptions are subject to the terms of your card agreement with your card issuer. Pay with Rewards is only available for eligible purchases with certain merchants, and PayPal or your issuer may limit, suspend, or terminate your ability to redeem rewards at any time in accordance with this user agreement and your card agreement. Your issuer determines the value of rewards redeemed through PayPal and available redemption methods (e.g., to pay for your purchase or for a statement credit).

There may be a delay between checkout and processing of your payment. Only rewards available upon processing of your payment will be used. Because your reward balance and/or transaction balance may change, whenever you request to redeem rewards for a purchase you also authorize PayPal to charge up to the full payment amount to your associated card if that happens. For more information on redeeming rewards and how it works, please see About Payment Methods.

*Debit card processing*

PayPal will process your debit or prepaid card funded transactions through either the ATM debit network or the Visa, MasterCard or Discover network. If we process your debit or prepaid card through an ATM debit network, we may provide you with the opportunity to switch to a Visa, MasterCard or Discover network by changing your preferences for that debit or prepaid card through your PayPal account profile.

*Loyalty Cards*

If you use the PayPal application on your mobile phone, you may store loyalty card numbers or bar codes, where applicable, for certain sellers in your PayPal account.  When you store your loyalty card numbers or bar codes in your PayPal account, you will earn any rewards, subject to the seller's loyalty card terms and conditions, at the time you make your payment to the merchant by presenting the stored loyalty card number or bar code to the seller at the point of sale.  It is your responsibility to make sure you have entered your loyalty card information correctly and that you update it as necessary.  It is also your responsibility to ensure that you are receiving the rewards to which you are entitled.  PayPal is not responsible for managing your loyalty card account by offering this service and any questions about your loyalty card or associated rewards program should be directed to the seller who offers the card.

## *PayPal's Purchase Protection Program*

When you buy something from a seller who accepts PayPal, you may be eligible for a refund under PayPal's Purchase Protection program.  When applicable, PayPal's Purchase Protection program entitles you to reimbursement for the full purchase price of the item plus the original shipping costs you paid, if any.  PayPal determines, in its sole discretion, whether your claim qualifies for the Purchase Protection program.  PayPal's original determination is considered final, but you may be able to file an appeal of the decision with PayPal if you have new or compelling information not available at the time of the original determination or you believe there was an error in the decision-making process.

**IMPORTANT**: You may be required to return the item to the seller or other party we specify as part of the settlement of your claim.  PayPal's Purchase Protection program does not entitle you to reimbursement for the return shipping costs that you may incur.

PayPal's Purchase Protection program may apply when you encounter these specific problems with a transaction:

- You didn't receive your item from a seller (referred to as an "Item Not Received" claim), or
- You received an item, but the item isn't what you ordered (referred to as a "Significantly Not as Described" claim).

If you believe that a transaction made through your PayPal account was not authorized by you, this type of claim is different from the Purchase Protection program, and is described below under Liability for Unauthorized Transactions and Other Errors.

*Item Not Received claims*

Your claim **will not** qualify for a refund under PayPal's Purchase Protection program for an Item Not Received claim, if:

- You collect the item in person, or arrange for it to be collected on your behalf, including if you use PayPal in a seller's physical store, or
- The seller has provided proof of shipment or proof of delivery.

If the seller presents evidence that they delivered the goods to your address, PayPal may find in favor of the seller for an Item Not Received claim even if you claim you did not receive the goods.

*Significantly Not as Described claims*

An item may be considered Significantly Not as Described if:

- The item is materially different from the seller's description of it.
- You received a completely different item.
- The condition of the item was misrepresented. For example, the item was described as "new" but the item was used.
- The item was advertised as authentic but is not authentic (i.e. counterfeit).
- The item is missing major parts or features and those facts were not disclosed in the description of the item when you bought it.
- You purchased a certain number of items but didn't receive them all.
- The item was damaged during shipment.
- The item is unusable in its received state and was not disclosed as such.

An item may not be considered Significantly Not as Described if:

- The defect in the item was correctly described by the seller in its description of the item.
- The item was properly described but you didn't want it after you received it.
- The item was properly described but did not meet your expectations.
- The item has minor scratches and was described as "used."

*Ineligible items and transactions under PayPal's Purchase Protection program*

Payments for the following are not eligible for reimbursement under PayPal Purchase Protection:

- Real estate, including residential property.
- Financial products or investments of any kind.
- Businesses (when you buy or invest in a business).
- Vehicles, including, but not limited to, motor vehicles, motorcycles, recreational vehicles, aircraft and boats.
- Significantly Not as Described claims for wholly or partly custom-made items.
- Donations including payments on crowdfunding platforms.
- Items prohibited by the PayPal Acceptable Use Policy.
- For Item Not Received claims, items which you collect in person or arrange to be collected on your behalf, including items bought in a seller's store location.
- Industrial machinery used in manufacturing.
- Anything purchased from, or an amount paid to, a government agency.
- Stored value items such as gift cards and pre-paid cards.
- Gambling, gaming and/or any other activity with an entry fee and a prize.
- Payments sent using PayPal's friends and family functionality.
- Payments sent using PayPal to any bill payment service.
- Payments made using PayPal Payouts and Mass Pay or guest checkout transactions (i.e. not sent using your PayPal account).

*Transaction eligibility for PayPal's Purchase Protection program*

To be eligible for PayPal Purchase Protection you must meet all of the following requirements:

- You have a PayPal account in good standing.
- You pay for the eligible item from your PayPal account.
- You respond to PayPal's request for documentation and other information within the time requested.
- You open a dispute in the Resolution Center within 180 days of the date you sent the payment, then follow our online dispute resolution process.
- You have not received a recovery related to such purchase from another source.

*Our online dispute resolution process*

If you're unable to resolve a transaction related issue directly with a seller, you must follow our online dispute resolution process through the Resolution Center to pursue a claim under our Purchase Protection program.  You may also file a claim (Step 2 below) by calling us and speaking to an agent.  The steps you must follow are described below, and if you do not follow these steps your claim may be denied:

Step 1: **Open a dispute** within 180 days of the date you made the payment.  This might allow you to start a direct conversation with the seller regarding your issue with the transaction that may help resolve the dispute.  If you are unable to resolve the dispute directly with the seller, proceed to Step 2.  We will place a hold on all funds related to the transaction in the seller's PayPal account until the dispute is resolved or closed.

Step 2: **Escalate the dispute to a claim** for reimbursement within 20 days after opening the dispute, if you and the seller are unable to come to an agreement, or we will automatically close the dispute.  You can escalate the dispute to a claim for reimbursement through the Resolution Center.  The seller or PayPal may also escalate the

dispute to a claim at this point.  If you are making an Item Not Received claim, PayPal may ask you to wait at least 7 days from the transaction date to escalate the dispute.

Step 3:  **Respond to PayPal's requests for documentation or other information**, after you, the seller or PayPal escalates your dispute to a claim for reimbursement.  PayPal may require you to provide receipts, third party evaluations, police reports or other documents that PayPal specifies.  You must respond to these requests in a timely manner as requested in our correspondence with you.

Step 4:  **Comply with PayPal's shipping requests in a timely manner**, if you're filing a Significantly Not as Described claim.  PayPal may require you, at your expense, to ship the item back to the seller, to PayPal or to a third party (which will be specified by PayPal) and to provide proof of delivery.

Proof of delivery means:

- For transactions that total less than $750 U.S. dollars (or the foreign currency threshold in the table below), confirmation that can be viewed online and includes the delivery address showing at least city/state or zip code, delivery date, and the identity of the shipping company you used.
- For transactions that total $750 U.S. dollars (or the foreign currency threshold in the table below) or more, you must provide signature confirmation of delivery.

| *Signature confirmation foreign currency thresholds* | | | |
|---|---|---|---|
| *Currency* | *Transaction value* | *Currency* | *Transaction value* |
| Australian Dollar: | 850 AUD | New Zealand Dollar: | 950 NZD |
| Brazilian Real: | 1,750 BRL | Norwegian Krone: | 4,600 NOK |
| Canadian Dollar: | 850 CAD | Philippine Peso: | 34,000 PHP |
| Czech Koruna: | 15,000 CZK | Polish Zloty: | 2,300 PLN |
| Danish Krone: | 4,100 DKK | Russian Ruble: | 48,000 RUB |
| Euro: | 550 EUR | Singapore Dollar: | 950 SGD |
| Hong Kong Dollar: | 6,000 HKD | Swedish Krona: | 4,950 SEK |
| Hungarian Forint: | 170,000 HUF | Swiss Franc: | 700 CHF |
| Israeli Shekel: | 2,700 ILS | Taiwan New Dollar: | 23,000 TWD |
| Japanese Yen: | 77,000 JPY | Thai Baht: | 24,500 THB |
| Malaysian Ringgit: | 3,100 MYR | U.K. Pounds Sterling: | 450 GBP |
| Mexican Peso: | 10,000 MXN | U.S. Dollar: | 750 USD |

Step 5:  **PayPal will make a decision** (including automatically closing any dispute or claim), in its sole discretion, based on the coverage and eligibility requirements set forth above, any additional information provided during the online dispute resolution process or any other information PayPal deems relevant and appropriate under the circumstances.

Note that when you are making Digital Goods Micropayments Purchases, there are special rules that apply and that include pre-determined thresholds where we may, at our discretion, reverse the transaction without requiring you to take further action.  We may limit the number of automatic reversals that you benefit from, but, even if that is the case, you will still be able to follow PayPal's standard dispute resolution processes described above.

*Dispute with us or your card issuer*

If you used a debit or credit card as the payment method for a transaction through your PayPal account and you are dissatisfied with the transaction, you may be entitled to dispute the transaction with your card

issuer.  Applicable card chargeback rights may be broader than those available to you under PayPal's Purchase Protection program.  For example, if you dispute a transaction with your card issuer, you may be able to recover amounts you paid for unsatisfactory items even if they don't qualify for protection under a Significantly Not as Described claim with us.

You must choose whether to pursue a dispute with PayPal under our Purchase Protection program, or to pursue the dispute with your card issuer. You can't do both at the same time or seek a double recovery.  If you pursue a dispute/claim with us and you also pursue a dispute for the same transaction with your card issuer, we'll close your dispute/claim with us.  This won't affect the dispute process with your card issuer.  In addition, if you pursue a dispute with your card issuer, you cannot pursue a dispute/claim with us later.

If you choose to dispute a transaction with PayPal and we decide against you, you can seek to pursue the dispute with your card issuer later.  If PayPal does not make a final decision on your claim until after your card issuer's deadline for filing a dispute, and because of our delay you recover less than the full amount you would have been entitled to recover from the card issuer, we will reimburse you for the remainder of your loss (minus any amount you have already recovered from the seller or your card issuer).

Before contacting your card issuer or filing a dispute with PayPal, you should contact the seller to attempt to resolve your issue in accordance with the seller's return policy.

## SELLING AND ACCEPTING PAYMENTS

### Accepting Payments From Buyers for Goods and Services

#### Receiving personal payments

If you use your PayPal account to receive payments for the sale of goods or services or accept donations, you must:

- Pay any applicable fees for receiving the funds.
- Not ask your buyer to send you money using the "send money to a friend or family member." If you do so, PayPal may remove your PayPal account's ability to accept payments from friends or family members.

By integrating into your online checkout/platform any functionality intended to enable a payer without a PayPal account to send a payment to your PayPal account, you agree to all further terms of use of that functionality which PayPal will make available to you on any page on the PayPal or Braintree website (including any page for developers and our Legal Agreements page) or online platform.  Such further terms include the PayPal Local Payment Methods Agreement.

#### No surcharges

You agree that you will not impose a surcharge or any other fee for accepting PayPal as a payment method. You may charge a handling fee in connection with the sale of goods or services as long as the handling fee does not operate as a surcharge and is not higher than the handling fee you charge for non-PayPal transactions.

#### Presentation of PayPal and Pay with Venmo

You must treat PayPal and/or Venmo as payment methods or marks at least on par with any other payment methods offered at your points of sale, including your websites or mobile applications. This includes at least equal or substantially similar: logo placement, position within any point of sale, and treatment in terms of

payment flow, terms, conditions, restrictions, or fees, in each case as compared to other marks and payment methods at your points of sale.

In representations to your customers or in public communications, you must not mischaracterize PayPal or Venmo as a payment method or exhibit a preference for other payment methods over PayPal or Venmo.  Within all of your points of sale, you agree not to try to dissuade or inhibit your customers from using PayPal or Venmo or encourage the customer to use an alternate payment method.  If you enable your customers to pay you with PayPal or Venmo, whenever you display or exhibit the payment methods that you accept (either within any point of sale or in your marketing materials, advertising and other customer communications) you agree to display the PayPal or Venmo payment marks at least as prominently, and in at least as positive a manner, as you do for all other payment methods.

*Taxes and information reporting*

Our fees do not include any taxes, levies, duties or similar governmental assessments of any nature, including, for example, value-added, sales, use or withholding taxes, assessable by any jurisdiction (collectively, "taxes").  It is your responsibility to determine what, if any, taxes apply to the payments you make or receive, and it is solely your responsibility to assess, collect, report and remit the correct taxes to the appropriate authority.  PayPal is not responsible for determining whether any taxes apply to your transaction, or for calculating, collecting, reporting or remitting taxes arising from any transaction.

***You acknowledge that we may make certain reports to tax authorities regarding transactions that we process.  For example, PayPal is required to report to the Internal Revenue Service the total amount of payments for goods and services you receive each calendar year into all of your PayPal accounts associated with the same tax identification number if you receive more than $20,000 in payments for good and services and process more than 200 transactions involving goods or services through those PayPal accounts in the same calendar year.***

*Your refund policy and privacy policy*

You must publish a refunds and return policy, as well as a privacy policy, where required by law.

*Payment review*

PayPal reviews certain potentially high-risk transactions.  If PayPal determines, in its sole discretion, that a transaction is high-risk, we place a hold on the payment and provide notice to you to delay shipping of the item.  PayPal will conduct a review and either complete or cancel the payment.  If the payment is completed, PayPal will provide notice to you to ship the item.  Otherwise, PayPal will cancel the payment and the funds will be returned to the buyer, unless we are legally required to take other action.  All payments that complete this payment review will be eligible for PayPal Seller Protection coverage if they meet the PayPal Seller Protection requirements.  We will notify you about payment reviews by email and/or through your PayPal account.

*In-store payments*

If you accept PayPal payments at your physical store, you must communicate the total amount of the transaction to the customer before it takes place. You may charge your customer's account only for transactions that they have authorized. You must also provide customers with a physical receipt if they request one. You agree that any transaction that you make shall have an accurate and true description of the goods and services being purchased.

*Marketplace sellers*

If you're a seller on a marketplace or through a third party application where PayPal is offered, you must comply with any rules that apply to the marketplace's or the third party application's buyer protection program for sales you make through that forum.  Any such protections may require you to take certain actions and may impact how claims are processed.

**Card not present transactions**

Whenever a buyer uses a debit or credit card as the payment method for a transaction using their account to buy something from you as a seller, the transaction will be processed as a "card not present" transaction, even if the buyer is at your store location.

**Accepting preauthorized payments**

As a seller, you can accept payments from a buyer's account through preauthorized transfers either on a one-time, regular or sporadic basis.  This type of transaction is sometimes called a "billing agreement," "subscription," "recurring payment," "reference transaction," "pre-approved payment " or "automatic payment."

| If you receive preauthorized payments from buyers: | |
| --- | --- |
| You must: | You must not: |
| Get each buyer's prior authorization for the amount, frequency, and duration of any such payment. | Restart future payments without the buyer's written authorization, if a buyer has stopped or canceled a preauthorized payment. |
| Provide a simple and easily accessible online cancellation procedure, if buyers sign up for preauthorized payments online. | |
| Provide buyers the ability to stop any such payment up to 3 Business Days before the date scheduled for payment. | |
| Notify the buyer at least 10 days in advance of the amount and date of each preauthorized payment if the preauthorized payment will vary from the preauthorized amount or (at the buyer's option) any payment that is in an amount that falls outside of the pre-determined range. | |

## Transaction Fees for Online and In-Store Payments

Your PayPal transaction fees depend on:
- the country of the buyer's account or the currency of their card;
- whether you are registered as a charitable organization and have active 501(c)(3) status.  Your 501(c)(3) status must be documented with PayPal to receive the rates applicable to charitable organizations, and those rates will apply only after you document your status with us.

**Standard transaction fees**

The fees you pay when selling goods or services and the buyer pays using their PayPal account (or using another authorized wallet) can be found on the Standard Transaction Fees table (see Exhibit C to this PDF copy of the user agreement), with the fees applicable to charitable organizations founds on the Standard

Transaction Fees for Charitable Organizations table (see Exhibit C to this PDF copy of the user agreement) for the charitable fees.  Please note that:

- We may adjust the fees applicable to future transactions that you process using PayPal. We will provide you at least 21 days' advance notice for personal PayPal accounts and at least 5 days' advance notice for business PayPal accounts of any fee increase or the introduction of a new type of fee.
- If you refund a transaction to a buyer or a donation to a donor, PayPal retains the fixed fee portion of the fees you paid.
- If you accept payments using a PayPal product (like PayPal Here or PayPal Payments Pro), the fees applicable to those products will apply to your transactions.

*Micropayments fees*

You may qualify to receive micropayments pricing for the sale of goods and services through your PayPal account, if your transactions typically average less than $10.  In order to qualify, you must have a PayPal account that is in good standing (for example, no limitations or negative balance), you may not be processing payments using PayPal Payments Pro  and you must submit an application and have it approved by us.

If your PayPal account is approved to accept micropayments, then the fees found on the **Micropayment Fees table** (see Exhibit D to this pdf copy of the user agreement) will apply to all transactions for the sale of goods or services processed through your PayPal account, instead of Standard Transaction Fees.  If you have multiple PayPal accounts, you must route your micropayments transactions through the appropriate account. Once a transaction is processed, PayPal will not re-route the transaction through a different account.

*PayPal Payouts and Mass Pay fees*

PayPal's Payouts and Mass Pay services let you send multiple payments in one batch to send commissions, rebates, rewards, and general payments.  In order to use these services, you must have:

- a business PayPal account in good standing and with no withdrawal limits; and
- applied for and received our permission to use these services.

We may remove your ability to use Payouts or Mass Pay at any time if there is a higher than acceptable level of risk associated with your use of those services.

The amount you will pay us for these services differs according to whether you use the Payouts service or Mass Pay service,  how you send the payments, and the currency of the payment. These fees can be found in the PayPal Payouts and Mass Pay Fees table (see Exhibit E to this pdf copy of the user agreement).

### *Refunds, Reversals and Chargebacks*

*General information*

If you receive a payment for selling goods or services that is later refunded or invalidated for any reason, you are responsible for the full amount of the payment sent to you plus any fees (including any applicable chargeback fee described below).  Whenever a transaction is refunded or otherwise reversed, PayPal will refund or reverse the transaction from your PayPal account in the same currency as the original transaction.  If the balance in your Cash Account or your business PayPal account for a particular currency is insufficient to cover the amount of a refund or reversal, PayPal will perform a currency conversion in order to refund or reverse the transaction. PayPal's transaction exchange rate (including our currency conversion spread) at the time the refund or reversal is processed will be used.

If you refund a payment for goods or services, we will retain the fixed fee portion of the fees you paid as the seller.  The buyer's account will be credited with the full payment amount and we'll retain the fixed fee portion of the fees you paid and the amount of the refunded payment will be deducted from your PayPal account.

***Payments that are invalidated and reversed***

Payments to you may be invalidated and reversed by PayPal if:

- You lose a PayPal Purchase Protection claim submitted to us by a buyer, including as a result of your failure to respond in a timely manner.
- You lose a Venmo Authorized Merchant Payment Protection claim.
- Your buyer pursues a chargeback related to a card-funded transaction and the transaction is not eligible for PayPal Seller Protection.  The card issuer, not PayPal, determines whether a buyer is successful when they pursue a chargeback related to a card-funded transaction.
- You do not fulfill the transaction as promised or you cannot provide proof of shipment or proof of delivery when required.
- eBay decides against you under its money back guarantee program (and you haven't opted out).
- Our investigation of a bank reversal made by a buyer or the buyer's bank finds that the transaction was fraudulent.
- PayPal sent the payment to you in error.
- The payment was unauthorized.
- You received the payment for activities that violated this user agreement or any other agreement between you and PayPal.

When you receive a payment, you are liable to PayPal for the full amount of the payment sent to you plus any fees if the payment is later invalidated for any reason.  If the balance in your Cash Account or business PayPal account is insufficient to cover your liability for the payment amount plus the fees, then this will result in a negative balance.  Any negative balance represents an amount that you owe to us, and, in this situation, you must immediately add funds to your balance to eliminate it.  If you do not do so, PayPal may:

- engage in collection efforts to recover such amounts from you;
- take any or all action as outlined under Amounts owed to PayPal; or
- place a limitation or take other action on your PayPal account as outlined under Restricted Activities and Holds.

***Chargeback fees***

If you receive a debit or credit card-funded payment through your PayPal account and the buyer pursues a chargeback for the transaction with their card issuer, then PayPal will not assess you with a chargeback fee if the transaction is eligible for PayPal Seller Protection. However, if the transaction is ineligible for PayPal Seller Protection, PayPal will assess you with a chargeback fee (for facilitating the chargeback process) regardless of whether the buyer is successful in pursuing the chargeback with the card issuer.

The applicable chargeback fee will be deducted from your PayPal account. The chargeback fee is $20 for transactions in U.S. Dollars, or the amount specified on the Chargeback Fees table (see Exhibit F to this pdf copy of the user agreement) in the currency of the original transaction.

*Impact of various purchase protection processes on sellers*

You should read and understand PayPal's Purchase Protection program, Venmo's Authorized Merchant Payment Protection program, and if you sell goods and services to buyers with PayPal accounts in countries other than your own, you also should be familiar with the purchase protection available to buyers in each of those countries.  Buyers' rights under these programs may impact you as a seller. You can find information about PayPal's protection programs on the Legal Agreements page by selecting your buyer's location at the top of the page and referring to the corresponding user agreement. You can find information on Venmo's Authorized Merchant Payment Protection program in Venmo's user agreement.

If you lose a claim under PayPal's Purchase Protection program in any country, or under Venmo's Authorized Merchant Payment Protection program:

- You must forfeit the full purchase price of the item plus the original shipping cost. In some cases you may not receive the item back.
- You will not receive a refund of the PayPal fees that you paid in connection with the sale.
- If the claim was that the item received was Significantly Not as Described, you will generally be required to accept the item back.
- If the claim was that the item received was Significantly Not as Described and related to an item you sold that is counterfeit, you will be required to provide a full refund to the buyer and you may not receive the item back (it will be destroyed).

If you accept PayPal payments from buyers for goods or services you sell through eBay, then you need to read and understand the eBay Money Back Guarantee program.  Unless you opt out by calling eBay, PayPal will treat eBay's decisions in favor of your buyers under that program as a basis for reversing a PayPal payment made to you.  If the balance in your Cash Account or business PayPal account is insufficient to cover the amount, we may:

- place a hold on your PayPal account until sufficient funds become available in your PayPal account to cover the amount; or
- create a negative balance in your PayPal account.

### PayPal's Seller Protection Program

*What's eligible*

If you sell something to a buyer and the transaction is later disputed or reversed under Refunds, Reversals, or Chargebacks, you may be eligible for reimbursement under PayPal's Seller Protection program.  When it applies, PayPal's Seller Protection program entitles you to retain the full purchase amount and we will waive any related chargeback fees paid (for debit and credit card-funded transactions).  There is no limit on the number of payments for which you can receive coverage.  By accessing the transaction details page in your PayPal account you can determine whether or not your transaction is eligible for protection under this program.

PayPal's Seller Protection program may apply when a buyer claims that:

- They did not authorize, or benefit from, funds sent from their PayPal account (referred to as an "Unauthorized Transaction" claim); or
- They didn't receive the item from you (referred to as an "Item Not Received" claim).

PayPal's Seller Protection program may also apply when a transaction is reversed because of a successful chargeback by a buyer or when a bank funded payment is reversed by the buyer's bank.

This section describes PayPal's Seller Protection program as it applies to you, but you should also be familiar with the Impact of various purchase protection processes on sellers.

*Basic requirements*

To be eligible for PayPal's Seller Protection, you must meet all of the following requirements:

- The primary address for your PayPal account must be in the United States.
- The item must be a physical, tangible good that can be shipped.
- You must ship the item to the shipping address on the transaction details page in your PayPal account for the transaction.  If you originally ship the item to the recipient's shipping address on the transaction details page but the item is later redirected to a different address, you will not be eligible for PayPal Seller Protection. We therefore recommend not using a shipping service that is arranged by the buyer, so that you will be able to provide valid proof of shipping and delivery.
- You must respond to PayPal's requests for documentation and other information in a timely manner as requested in our email correspondence with you or in our correspondence with you through the Resolution Center. If you do not respond to PayPal's request for documentation and other information in the time requested, you may not be eligible for Seller Protection.
- If the sale involves pre-ordered or made-to-order goods, you must ship within the timeframe you specified in the listing. Otherwise, it is recommended that you ship all items within 7 days after receipt of payment.

*Item Not Received additional requirements*

To be eligible for  PayPal's Seller Protection program for a buyer's Item Not Received claim, you must meet both the basic requirements listed above and the additional requirements listed below:

- Where a buyer files a chargeback with the issuer for a card-funded transaction, the payment must be marked "eligible" for PayPal's Seller Protection on the Transaction Details page.
- You must provide proof of delivery as described below.

*Unauthorized Transactions additional requirements*

To be eligible for PayPal's Seller Protection program for a buyer's Unauthorized Transaction claim, you must meet both the basic requirements listed above and the additional requirements listed below:

- The payment must be marked "eligible" or "partially eligible" for PayPal's Seller Protection on the Transaction Details page.
- You must provide proof of shipment or proof of delivery as described below.

*Establishing proof of delivery or proof of shipment*

| The following is required as: | |
|---|---|
| Proof of shipment | Proof of delivery |
| Online or physical documentation from a shipping company that includes: | Online or physical documentation from a shipping company that includes: |
| • Date of shipment<br>• An address for the recipient that matches the shipping address on the Transaction Details page | • Date of delivery and 'delivered' status<br>• An address for the recipient that matches the shipping address on the Transaction Details page |

Page 29

An address for the recipient showing at least the city/state, city/country, or zip/postal code (or international equivalent).

- An address for the recipient showing at least the city/state, city/country, or zip/postal code (or international equivalent).
- Signature confirmation, if the full amount of the payment including shipping and taxes exceeds a fixed amount (based on the currency of the payment) from the signature confirmation threshold table below. Signature confirmation is online documentation, viewable at the shipping company's website, indicating that the item was signed for.

IMPORTANT:  Your choice of carrier and shipment options with that carrier can have a big impact on your ability to meet the proof of delivery requirements.  Please ensure, especially when shipping goods internationally, that your carrier can provide 'delivered' status at the correct address, or your Seller Protection claim may be denied.

| Signature confirmation foreign currency thresholds | | | |
|---|---|---|---|
| *Currency* | *Transaction value* | *Currency* | *Transaction value* |
| Australian Dollar: | 850 AUD | New Zealand Dollar: | 950 NZD |
| Brazilian Real: | 1,750 BRL | Norwegian Krone: | 4,600 NOK |
| Canadian Dollar: | 850 CAD | Philippine Peso: | 34,000 PHP |
| Czech Koruna: | 15,000 CZK | Polish Zloty: | 2,300 PLN |
| Danish Krone: | 4,100 DKK | Russian Ruble: | 48,000 RUB |
| Euro: | 550 EUR | Singapore Dollar: | 950 SGD |
| Hong Kong Dollar: | 6,000 HKD | Swedish Krona: | 4,950 SEK |
| Hungarian Forint: | 170,000 HUF | Swiss Franc: | 700 CHF |
| Israeli Shekel: | 2,700 ILS | Taiwan New Dollar: | 23,000 TWD |
| Japanese Yen: | 77,000 JPY | Thai Baht: | 24,500 THB |
| Malaysian Ringgit: | 3,100 MYR | U.K. Pounds Sterling: | 450 GBP |
| Mexican Peso: | 10,000 MXN | U.S. Dollar: | 750 USD |

*Ineligible items and transactions*

Your sale *is not* eligible for coverage under PayPal's Seller Protection program if:

- It involves intangible, non-physical, items, including digital goods, and services.  Digital goods are delivered and used in an electronic format, like a song delivered online or through a mobile application.
- The buyer claims (either with us or their card issuer) that the item you sent isn't what was ordered (referred to as a "Significantly Not as Described" claim).
- It involves an item that PayPal determines, in its sole discretion, is a counterfeit item.
- It involves an item that you deliver in person, including in connection with a payment made in your physical store.
- It involves sales that are not processed either through a buyer's PayPal account or a PayPal guest checkout transaction. For example, if the sale was made using the PayPal Payments Pro/VT product, PayPal business payments or using PayPal Here, then it is not eligible for coverage.

- It involves items equivalent to cash including gift cards.
- It involves a donation.
- It relates to the purchase of a financial product or investment of any kind.
- It involves a payment sent using PayPal's friends and family functionality.
- It involves a payment made using PayPal Payouts and Mass Pay.
- The item is a vehicle, including, but not limited to a motor vehicle, motorcycle, recreational vehicle, aircraft or boat.

### *PayPal Advertising Program*

The PayPal Advertising Program enables you to promote PayPal services, including PayPal Credit, through PayPal-hosted banners and buttons on your websites or in your customer emails.  PayPal may change the content provided through this program at any time for any reason, and PayPal may choose to discontinue the PayPal Advertising Program at any time.

| *If you participate in this program:* | |
| --- | --- |
| You must: | You must not: |
| Comply with all integration requirements provided by PayPal or each authorized third party, including those with respect to accurate presentation of all PayPal related information. | Modify any PayPal content or its presentation in any way. |
| Only use the HTML code for PayPal content as provided by PayPal. | Copy PayPal content from other websites. |
| Use the PayPal content in its entirety with all the links and language provided by PayPal and without modification by you. | Create, display or host your own PayPal content, unless authorized by PayPal in writing. |
| Immediately remove all PayPal content from your sites and customer communications and/or cooperate with PayPal or your third party provider to do so, if you stop using a qualifying PayPal payments solution. | Post PayPal content on social media networks or platforms or anywhere else, unless authorized by PayPal in writing. |
| Keep all PayPal content current and up to date, including by cooperating with PayPal to manually update the PayPal content as its appears on your sites or in your communications and repair or reinstall the HTML code to facilitate future updates. | Display any non-current PayPal content. |
| Comply with applicable advertising laws, regulations and standards issued by governmental authorities or advertising self-regulatory bodies including but not limited to the digital advertising standards issued by the Network Advertising Initiative. | |

If you promote the use of PayPal Credit on your sites and customer communications through the PayPal Advertising Program, there are additional requirements that apply.  If you receive customer inquiries relating to PayPal Credit, you must direct the customer to PayPal Credit Customer Support at (866) 528-3733.  If a customer is unable to process a transaction using PayPal Credit, you are prohibited from communicating any reason for the decline to the customer on PayPal Credit's behalf. You are also prohibited from representing or holding yourself out to represent PayPal Credit in any way.

You are responsible for any damages suffered by PayPal or any third parties resulting from your failure to follow the rules of the PayPal Advertising Program, and if you violate these rules, PayPal may modify or remove the

PayPal content you are presenting or require you to remove or modify it immediately.  If you fail to follow these rules, we may limit or close your PayPal account.

## RESTRICTED ACTIVITIES AND HOLDS

### Restricted Activities

In connection with your use of our websites, your PayPal account, the PayPal services, or in the course of your interactions with PayPal, other PayPal customers, or third parties, you must not:

- Breach this user agreement, the PayPal Acceptable Use Policy, the Commercial Entity Agreements (if they apply to you), the PayPal Cash and PayPal Cash Plus Account Terms and Conditions (if it applies to you), or any other agreement between you and PayPal;
- Violate any law, statute, ordinance, or regulation (for example, those governing financial services, consumer protections, unfair competition, anti-discrimination or false advertising);
- Infringe PayPal's or any third party's copyright, patent, trademark, trade secret or other intellectual property rights, or rights of publicity or privacy;
- Sell counterfeit goods;
- Act in a manner that is defamatory, trade libelous, threatening or harassing;
- Provide false, inaccurate or misleading information;
- Send or receive what we reasonably believe to be potentially fraudulent funds;
- Refuse to cooperate in an investigation or provide confirmation of your identity or any information you provide to us;
- Attempt to double dip during the course of a dispute by receiving or attempting to receive funds from both PayPal and the seller, bank or card issuer for the same transaction;
- Control an account that is linked to another account that has engaged in any of these restricted activities;
- Conduct your business or use the PayPal services in a manner that results in or may result in;
    - complaints;
    - requests by buyers (either filed with us or card issuers) to invalidate payments made to you;
    - fees, fines, penalties or other liability or losses to PayPal, other PayPal customers, third parties or you;
- Use your PayPal account or the PayPal services in a manner that PayPal, Visa, MasterCard, American Express, Discover or any other electronic funds transfer network reasonably believes to be an abuse of the card system or a violation of card association or network rules;
- Allow your PayPal account to have a negative balance;
- Provide yourself a cash advance from your credit card (or help others to do so);
- Access the PayPal services from a country that is not included on PayPal's permitted countries list;
- Take any action that imposes an unreasonable or disproportionately large load on our websites, software, systems (including any networks and servers used to provide any of the PayPal services) operated by us or on our behalf or the PayPal services;
- Facilitate any viruses, trojan horses, malware, worms or other computer programming routines that attempts to or may damage, disrupt, corrupt, misuse, detrimentally interfere with, surreptitiously intercept or expropriate, or gain unauthorized access to any system, data, information or PayPal services;
- Use an anonymizing proxy; use any robot, spider, other automatic device, or manual process to monitor or copy our websites without our prior written permission; or use any device, software or routine to bypass our robot exclusion headers;
- Interfere or disrupt or attempt to interfere with or disrupt our websites, software, systems (including any networks and servers used to provide any of the PayPal services) operated by us or on our behalf, any of the PayPal services or other users' use of any of the PayPal services;
- Take any action that may cause us to lose any of the services from our Internet service providers, payment processors, or other suppliers or service providers;
- Use the PayPal services to test credit card behaviors;

- Circumvent any PayPal policy or determinations about your PayPal account such as temporary or indefinite suspensions or other account holds, limitations or restrictions, including, but not limited to, engaging in the following actions: attempting to open new or additional PayPal account(s) when an account has a negative balance or has been restricted, suspended or otherwise limited; opening new or additional PayPal accounts using information that is not your own (e.g. name, address, email address, etc.); or using someone else's PayPal account; or
- Harass and/or threaten our employees, agents, or other users.

### Actions We May Take if You Engage in Any Restricted Activities

If we believe that you've engaged in any of these activities, we may take a number of actions to protect PayPal, its customers and others at any time in our sole discretion.  The actions we make take include, but are not limited to, the following:

- Terminate this user agreement, limit your PayPal account (and any linked Cash Account), and/or close or suspend your PayPal account (and any linked Cash Account), immediately and without penalty to us;
- Refuse to provide the PayPal services to you in the future;
- Limit your access to our websites, software, systems (including any networks and servers used to provide any of the PayPal services) operated by us or on our behalf, your PayPal account or any of the PayPal services, including limiting your ability to pay or send money with any of the payment methods linked to your PayPal account, restricting your ability to send money or make withdrawals;
- Hold the balance in your Cash Account, the balance in your business PayPal account, or any money waiting to be claimed through your personal PayPal account if you do not have a Cash Account linked to your personal PayPal account, for up to 180 days if reasonably needed to protect against the risk of liability or if you have violated our Acceptable Use Policy;
- Suspend your eligibility for PayPal's Purchase Protection program and/or PayPal's Seller Protection program;
- Contact buyers who have purchased goods or services from you using PayPal, your bank or credit card issuer, other impacted third parties or law enforcement about your actions;
- Update inaccurate information you provided us;
- Take legal action against you;
- If you've violated our Acceptable Use Policy, then you're also responsible for damages to PayPal caused by your violation of this policy; or
- If you are a seller and you violate the Acceptable Use Policy, then in addition to being subject to the above actions you will be liable to PayPal for the amount of PayPal's damages caused by your violation of the Acceptable Use Policy.  You acknowledge and agree that $2,500.00 U.S. dollars per violation of the Acceptable Use Policy is presently a reasonable minimum estimate of PayPal's actual damages considering all currently existing circumstances, including the relationship of the sum to the range of harm to PayPal that reasonably could be anticipated because, due to the nature of the violations of the Acceptable Use Policy, actual damages would be impractical or extremely difficult to calculate.  PayPal may deduct such damages directly from any existing balance in any PayPal account you control.

If we close your PayPal account or terminate your use of the PayPal services for any reason, we'll provide you with notice of our actions and make any unrestricted funds held in the balance of your Cash Account linked to your personal PayPal account or in the balance of your business PayPal account, or any money waiting to be claimed through your personal PayPal account if you do not have a Cash Account linked to your personal PayPal account, available for withdrawal.

You are responsible for all reversals, chargebacks, claims, fees, fines, penalties and other liability incurred by PayPal, any PayPal customer, or a third party caused by or arising out of your breach of this agreement, and/or your use of the PayPal services.

## *Holds, Limitations, and Reserves*

### *What are holds, limitations and reserves*

Under certain circumstances, in order to protect PayPal and the security and integrity of the network of buyers and sellers that use the PayPal services, PayPal may take account-level or transaction-level actions.  Unless otherwise noted, if we take any of the actions described here, we'll provide you with notice of our actions, but we retain the sole discretion to take these actions.  To request information in connection with an account limitation, hold or reserve, you should visit the Resolution Center or follow the instructions in our email notice with respect to the limitation, hold or reserve.

Our decision about holds, limitations and reserves may be based on confidential criteria that are essential to our management of risk and the protection of PayPal, our customers and/or service providers.  We may use proprietary fraud and risk modeling when assessing the risk associated with your PayPal account.  In addition, we may be restricted by regulation or a governmental authority from disclosing certain information to you about such decisions.  We have no obligation to disclose the details of our risk management or security procedures to you.

### *Holds*

A hold is an action that PayPal may take under certain circumstances either at the transaction level or the account level.  When PayPal places a temporary hold on a payment, the money is not available to either the sender or the recipient.  PayPal reviews many factors before placing a hold on a payment, including: account tenure, transaction activity, business type, past customer disputes, and overall customer satisfaction.  Some common situations where PayPal will hold payments include:

- New sellers or sellers who have limited selling activity.
- Payments for higher-risk categories like electronics or tickets.
- Sellers who have performance issues, or a high rate of buyer dissatisfaction or disputes.

### *Holds based on PayPal's risk decisions*

We may place a hold on payments sent to your PayPal account if, in our sole discretion, we believe that there may be a high level of risk associated with you, your PayPal account, or your transactions or that placing such a hold is necessary to comply with state or federal regulatory requirements.  We make decisions about whether to place a payment hold based on a number of factors, including information available to us from both internal sources and third parties.  When we place a hold on a payment, the funds will appear in your PayPal account with an indication that they are unavailable or pending.  We'll notify you, either through your PayPal account or directly by phone or email, whenever we place a hold.

Risk-based holds generally remain in place for up to 21 days from the date the payment was received into your PayPal account.  We may release the hold earlier under certain circumstances (for example, if you've uploaded shipment tracking information related to the transaction), but any earlier release is at our sole discretion.  The hold may last longer than 21 days if the payment is challenged as a payment that should be invalidated and reversed based on a disputed transaction as discussed in the following paragraph below.  In this case, we'll hold the payment in your PayPal account until the matter is resolved (but no longer than 180 days).

***Holds related to Marketplace transactions***

If you're a seller on a marketplace or through a third-party application where PayPal is offered, a hold may be placed on a payment sent to you at the instruction of the applicable marketplace or third-party. This is done once you have granted us permission to have your funds held and will be in accordance with your agreement with the third-party. These holds will appear in your PayPal account. If you have questions about why the applicable marketplace or third party instructed PayPal to put these holds in place, you will need to contact the marketplace or third-party directly.

***Holds based on disputed transactions***

If a payment sent to you as a seller is challenged as a payment that should be invalidated and reversed, we may place a temporary hold on the funds in your PayPal account to cover the amount that could be reversed.  Any of the situations described under Refunds, Reversals and Chargebacks are situations that could result in us placing a hold on a payment.  If we determine the transaction should not be reversed, we'll lift the temporary hold.  If we determine the transaction should be reversed, we'll remove the funds from your PayPal account.

***Account limitations***

Limitations are implemented to help protect PayPal, buyers and sellers when we notice restricted activities, an increased financial risk, or activity that appears to us as unusual or suspicious.  Limitations also help us collect information necessary for keeping your PayPal account open.

There are several reasons why your PayPal account could be limited, including:

- If we suspect someone could be using your PayPal account without your knowledge, we'll limit it for your protection and look into the fraudulent activity.
- If your debit or credit card issuer alerts us that someone has used your card without your permission. Similarly, if your bank lets us know that there have been unauthorized transfers between your PayPal account and your bank account.
- In order to comply with applicable law.
- If we reasonably believe you have breached this agreement or violated the Acceptable Use Policy.
- Seller performance indicating your PayPal account is high risk. Examples include: indications of poor selling performance because you've received an unusually high number of claims and chargebacks, selling an entirely new or high-cost product type, or if your typical sales volume increases rapidly.

You will need to resolve any issues with your account before a limitation can be removed. Normally, this is done after you provide us with the information we request. However, if we reasonably believe a risk still exists after you have provided us that information, we may take action to protect PayPal, our users, a third party, or you from reversals, fees, fines, penalties, legal and/or regulatory risks and any other liability.

***Reserves placed on business PayPal accounts***

We may place a reserve on your business PayPal account at any time if we believe there may be a high level of risk associated with you, your business PayPal account, your business model, or your transactions.  When we place a reserve on your business PayPal account, it means that all or some portion of the money in your business PayPal account is reserved as unavailable for withdrawal in order to protect against the risk of transactions made by you being reversed or invalidated or any other risk related to your business PayPal account or use of the PayPal services.   We make decisions about whether to place a reserve based on a number of factors, including information available to us from both internal sources and from third parties.

PayPal considers a list of non-exclusive factors and whether and how these factors have changed over time, including:

- How long you have been in business.
- Whether your industry has a higher likelihood of chargebacks.
- Your payment processing history with PayPal and other providers.
- Your business and/or personal credit history.
- Your delivery time frames.
- Whether you have higher than average number of returns, chargebacks, claims or disputes.

There are two types of reserves that may be placed on your business PayPal account, and one or both may be applied at the same time:

- *A Rolling reserve* is a reserve where a percentage of each transaction you receive each day is held and then released later on a scheduled basis. For example, your reserve could be set at 10% and held for a 90-day rolling period – meaning 10% of the money you receive on day 1 is held and then released on day 91, 10% of the money you receive on day 2 is held until day 92, etc. Rolling reserves are the most common type of reserve.
- *A Minimum reserve* is a specific minimum amount of money that you're required to keep available in the balance of your business PayPal account at all times. The minimum reserve is either taken as an upfront amount deposited all at once or is established on a rolling basis from percentages of sales until the minimum reserve is achieved, much like a rolling reserve.

If we place a reserve on funds in your account, the funds will be shown as "pending" and we'll notify you of the terms of the reserve.

If we change the terms of the reserve due to a change in our risk assessment, we'll notify you of the new terms.

### *Court Orders, Regulatory Requirements or Other Legal Process*

If we are notified of a court order or other legal process (including garnishment or any equivalent process) affecting you, or if we otherwise believe we are required to do so in order to comply with applicable law or regulatory requirements, we may be required to take certain actions, including holding payments to/from your PayPal account, placing a reserve or limitation on your PayPal account, or releasing your funds.  We will decide, in our sole discretion, which action is required of us.  Unless the court order, applicable law, regulatory requirement or other legal process requires otherwise, we will notify you of these actions.  We do not have an obligation to contest or appeal any court order or legal process involving you or your PayPal account.  When we implement a hold, reserve or limitation as a result of a court order, applicable law, regulatory requirement or other legal process, the hold, reserve or limitation may remain in place longer than 180 days.

### *LIABILITY FOR UNAUTHORIZED TRANSACTIONS AND OTHER ERRORS*

### *Protection from Unauthorized Transactions*

To protect yourself from unauthorized activity in your PayPal account, you should regularly log into your PayPal account and review your PayPal account statement.  PayPal will notify you of each transaction by sending an email to your primary email address on file.  You should review these transaction notifications to ensure that each transaction was authorized and accurately completed.

PayPal will protect you from unauthorized activity in your PayPal account.  When this protection applies, PayPal will cover you for the full amount of the unauthorized activity as long as you cooperate with us and follow the procedures described below.

### *What is an Unauthorized Transaction*

An "Unauthorized Transaction" occurs when money is sent from your PayPal account that you did not authorize and that did not benefit you.  For example, if someone steals your password, uses the password to access your PayPal account, and sends a payment from your PayPal account, an Unauthorized Transaction has occurred.

### *What is not considered an Unauthorized Transaction*

The following are NOT considered Unauthorized Transactions:

- If you give someone access to your PayPal account (by giving them your login information) and they use your PayPal account without your knowledge or permission.  You are responsible for transactions made in this situation.
- Invalidation and reversal of a payment as a result of the actions described under Refunds, Reversals and Chargebacks.

### *Reporting an Unauthorized Transaction*

If you believe your PayPal login information has been lost or stolen, please contact PayPal customer service immediately or call: (888) 221-1161 or write: PayPal, Attn: Error Resolution Department, P.O. Box 45950, Omaha, NE 68145-0950.

Tell us AT ONCE if you believe that an electronic fund transfer has been made without your permission using your login information or by other means. You could lose all the money in your PayPal account. If you tell us within 60 days after we provide you your PayPal account statement showing transfers you did not make, you will be eligible for 100% protection for Unauthorized Transactions.

Also, if your PayPal account statement shows transfers that you did not make, including those made with your PayPal login information or by other means, tell us at once. If you do not tell us within 60 days after we provided the statement to you, you may not get back any money you lost after the 60 days if we can prove that we could have stopped someone from taking the money if you had told us in time. If a good reason (such as a long trip or a hospital stay) kept you from telling us, we may extend the time periods.

## *Error Resolution*

### *What is an Error*

An "Error" means the following:

- When money is either incorrectly taken from your PayPal account or incorrectly placed into your PayPal account, or when a transaction is incorrectly recorded in your PayPal account.
- You send a payment and the incorrect amount is debited from your PayPal account.
- An incorrect amount is credited to your PayPal account.
- A transaction is missing from or not properly identified in your PayPal account statement.
- We make a computational or mathematical error related to your PayPal account.
- You request receipt or periodic statement documents that PayPal is required to provide to you.

- You request information concerning preauthorized (recurring) transfers to your PayPal account that PayPal is required to provide to you.
- You request additional information or clarification concerning a transfer to or from your PayPal account, including a request you make to determine whether an error has occurred.
- You inquire about the status of a pending transfer to or from your PayPal account.
- You request documentation or other information, unless the request is for a duplicate copy for tax or other record-keeping purposes.

**What is not considered an Error**

The following are NOT considered Errors:

- If you give someone access to your PayPal account (by giving them your login information) and they use your PayPal account without your knowledge or permission.  You are responsible for transactions made in this situation.
- Invalidation and reversal of a payment as a result of the actions described under Refunds, Reversals and Chargebacks.
- Routine inquiries about the balance in your Cash Account or business PayPal account, or any money waiting to be claimed through your personal PayPal account if you do not have a Cash Account linked to your personal PayPal account.
- Requests for duplicate documentation or other information for tax or other recordkeeping purposes.

**In case of Errors or questions about your electronic transfers**

Telephone us at (888) 221-1161, contact us through the PayPal Resolution Center; or write us at PayPal, Attn: Error Resolution Department, P.O. Box 45950, Omaha, NE 68145-0950.

Notify us as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 Business Days.

We will determine whether an error occurred within 10 Business Days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your PayPal account within 10 Business Days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 Business Days, we may not credit your PayPal account.

For errors involving new PayPal accounts, point-of-sale transactions, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. For new PayPal accounts, we may take up to 20 Business Days to credit your PayPal account for the amount you think is in error.

We will tell you the results within 3 Business Days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

## *Processing Errors*

We will rectify any processing error that we discover.  If the error results in:

- You receiving less than the correct amount to which you were entitled, then we will credit your PayPal account for the difference between what you should have received and what you actually received.
- You receiving more than the correct amount to which you were entitled, then we will debit your PayPal account for the difference between what you actually received and what you should have received.
- Our not completing a transaction on time or in the correct amount, then we will be responsible to you for your losses or damages directly caused by this failure, unless:
    - through no fault of ours, you did not have enough available funds to complete the transaction;
    - our system was not working properly and you knew about the breakdown when you started the transaction; or
    - the error was due to extraordinary circumstances outside our control (such as fire, flood or loss of Internet connection), despite our reasonable precautions.

Processing errors are not:

- Delays that result from PayPal applying holds, limitations or reserves.
- Delays based on a payment review.
- Delays described under How to buy something related to the time it may take for a purchase transaction to be completed in some situations.
- Your errors in making a transaction (for example, mistyping an amount of money that you are sending).

## *Remittance Transfer Errors*

### *What is a Remittance Transfer*

You may be protected for certain errors when you send money using a PayPal account outside of the U.S.  A "Remittance Transfer" is a transaction that meets the following criteria:

- The payment is sent from a personal PayPal account that is used primarily for personal, family or household purposes,
- The payment is made for personal, family or household purposes,
- The payment is made using the send money feature through your PayPal account,
- The payment amount equals or exceeds $15 USD (excluding fees charged to you) or the foreign currency equivalent calculated using exchange rates in effect at the time of the transaction, and
- The recipient of the payment has a PayPal account in a country outside the U.S.

Payments that you make at a merchant website or location by selecting PayPal as a payment option are not "Remittance Transfers."

### *What qualifies as a Remittance Transfer Error*

A "Remittance Transfer Error" occurs if:

- You paid an incorrect amount to send the Remittance Transfer.  For example, you were charged more than the total shown on the remittance transfer receipt you received (unless the total shown on the receipt was an estimate, and the difference results from application of the actual exchange rate, fees, and taxes).
- PayPal made a computational or bookkeeping error, such as a miscalculation of the amount the recipient received.
- The amount stated in the remittance transfer receipt was not made available to the recipient, unless:
  - we stated in the remittance transfer receipt that we used estimates and the difference in the amount received and the amount stated in the remittance transfer receipt results from application of the actual exchange rate, fees, and taxes, or
  - the problem was caused by extraordinary circumstances outside our control.
- Funds were available to the recipient later than the date of availability that was disclosed to you on the remittance transfer receipt or were not delivered, unless:
  - extraordinary circumstances outside our control caused the delay, and we could not reasonably anticipate those circumstances,
  - delays resulted from fraud screenings, or were caused by requirements of the Office of Foreign Assets Controls or similar requirements, or
  - you (or someone assisting you) made the transfer with fraudulent intent.
- You request documentation or information concerning the Remittance Transfer, such as information required to determine if a Remittance Transfer Error occurred.

***What is not considered a Remittance Transfer Error***

The following are NOT considered Remittance Transfer Errors:

- An inquiry about the status of a Remittance Transfer, except where the funds from the transfer were not made available to a designated recipient by the disclosed date of availability,
- A request for information for tax or other recordkeeping purposes,
- A change requested by the designated recipient, or
- A change in the amount or type of currency received by the designated recipient from the amount or type of currency stated in the disclosure provided you, if we relied on information provided by you in making the disclosure.

***What to do if you think there has been a Remittance Transfer Error or problem***

If you think there has been a Remittance Transfer Error or problem with your Remittance Transfer:

- Call us at: (888) 221-1161.
- Write us at: PayPal, Attn: Error Resolution Department, P.O. Box 45950, Omaha, NE 68145-0950.
- Log in to your PayPal account at paypal.com and go to the Resolution Center and dispute a transaction.

You must contact us within 180 days of the date we promised to you that funds would be made available to the recipient. When you do, please tell us:

- Your name, address and telephone number,
- The error or problem with the transfer, and why you believe it is an error or problem,
- The name of the person receiving the funds, and if you know it, his or her telephone number or address,
- The dollar amount of the transfer, and
- The confirmation code or number of the transaction.

We will determine whether an error occurred within 90 days after you contact us and we will correct any error promptly. We will tell you the results within 3 Business Days after completing our investigation. If we decide

that there was no error, we will send you a written explanation. You may ask for copies of any documents we used in our investigation.

## OTHER LEGAL TERMS

### Communications Between You and Us

If you provide us your mobile phone number, you agree that PayPal and its affiliates may contact you at that number using autodialed or prerecorded message calls or text messages to: (i) service your PayPal branded accounts, (ii) investigate or prevent fraud, or (iii) collect a debt.  We will not use autodialed or prerecorded message calls or texts to contact you for marketing purposes unless we receive your prior express written consent.  We may share your mobile phone number with service providers with whom we contract to assist us with the activities listed above, but we will not share your mobile phone number with third parties for their own purposes without your consent.  You do not have to agree to receive autodialed or prerecorded message calls or texts to your mobile phone number in order to use and enjoy the products and services offered by PayPal.  You can decline to receive autodialed or prerecorded message calls or texts to your mobile phone number in several ways, including in your PayPal account settings at www.paypal.com, by contacting customer support or by calling us at 1-844-629-9108.  Standard telephone minute and text charges may apply.

PayPal may communicate with you about your PayPal account and the PayPal services electronically as described in our Electronic Communications Delivery Policy.  You will be considered to have received a communication from us, if it's delivered electronically, 24 hours after the time we post it to our website or email it to you.  You will be considered to have received a communication from us, if it's delivered by mail, 3 Business Days after we send it.

Unless you're communicating with us about a matter where we've specified another notice address (for example, our Liability for Unauthorized Transactions and Other Errors process), written notices to PayPal must be sent by postal mail to: PayPal, Inc., Attention: Legal Department, 2211 North First Street, San Jose, California 95131.

You understand and agree that, to the extent permitted by law, PayPal may, without further notice or warning, monitor or record telephone conversations you or anyone acting on your behalf has with PayPal or its agents for quality control and training purposes or for our own protection. You acknowledge and understand that while your communications with PayPal may be overheard, monitored, or recorded not all telephone lines or calls may be recorded by PayPal, and PayPal does not guarantee that recordings of any particular telephone calls will be retained or retrievable.

### PayPal's Rights

#### PayPal suspension and termination rights

PayPal, in its sole discretion, reserves the right to suspend or terminate this user agreement, access to or use of its websites, software, systems (including any networks and servers used to provide any of the PayPal services) operated by us or on our behalf or some or all of the PayPal services for any reason and at any time upon notice to you and, upon termination of this user agreement, the payment to you of any unrestricted funds held in your PayPal account.

#### Security interest

As security for the performance of your obligations under this user agreement, you grant to PayPal a lien on, and security interest in and to, funds held in your PayPal account.

*Amounts owed to PayPal*

If the balance in your PayPal account becomes negative for any reason, that negative balance represents an amount that you owe to PayPal. PayPal may deduct these amounts from funds that are added to your PayPal account later, either by you or from payments you receive. If you have more than one PayPal account, we may set off a negative balance in one PayPal account against a balance in your other PayPal account(s), including a Cash Account. If you continue using your PayPal account when it has a negative balance, you authorize PayPal to combine the negative balance with any debit or transaction sent from your account when that combination is disclosed to you in advance of initiating the debit or transaction.

If you hold funds in a PayPal account in multiple currencies, and the balance for one of the currencies becomes negative for any reason, PayPal may set off the negative balance by using funds you maintain in a different currency.  If you have a negative balance in non-U.S. dollars for a period of 21 days or longer, PayPal will convert this negative balance to U.S. dollars.  In either case, a currency conversion will be necessary, and PayPal's transaction exchange rate (including our currency conversion spread) will be used.

In addition to the above, if you have a past due amount owed to us, our affiliates, or eBay, PayPal may debit your PayPal account to pay any amounts that are past due.  This includes amounts owed by using our various products such as Venmo, Xoom or Braintree.

*Insolvency proceedings*

If any proceeding by or against you is commenced under any provision of the United States Bankruptcy Code, as amended, or under any other bankruptcy or insolvency law, we'll be entitled to recover all reasonable costs or expenses (including reasonable legal fees and expenses) incurred in connection with the enforcement of this user agreement.

*Assumption of rights*

If PayPal invalidates and reverses a payment that you made to a recipient (either at your initiative or otherwise), you agree that PayPal assumes your rights against the recipient and third parties related to the payment, and may pursue those rights directly or on your behalf, in PayPal's discretion.

*No waiver*

Our failure to act with respect to a breach of any of your obligations under this user agreement by you or others does not waive our right to act with respect to subsequent or similar breaches.

## Indemnification and Limitation of Liability

In this section, we use the term "PayPal" to refer to PayPal, Inc., our parent PayPal Holdings, Inc., and our affiliates, and each of their respective directors, officers, employees, agents, joint venturers, service providers and suppliers.  Our affiliates include each entity that we control, we are controlled by or we are under common control with.

*Indemnification*

***You must indemnify PayPal for actions related to your PayPal account and your use of the PayPal services.***  You agree to defend, indemnify and hold PayPal harmless from any claim or demand (including reasonable legal fees) made or incurred by any third party due to or arising out of your breach of this user

agreement, your improper use of the PayPal services, your violation of any law or the rights of a third party and/or the actions or inactions of any third party to whom you grant permissions to use your PayPal account or access our websites, software, systems (including any networks and servers used to provide any of the PayPal services) operated by us or on our behalf, or any of the PayPal services on your behalf.

### Limitation of liability

**PayPal's liability is limited with respect to your PayPal account and your use of the PayPal services.**  In no event shall PayPal be liable for lost profits or any special, incidental or consequential damages (including without limitation damages for loss of data or loss of business) arising out of or in connection with our websites, software, systems (including any networks and servers used to provide any of the PayPal services) operated by us or on our behalf, any of the PayPal services, or this user agreement (however arising, including negligence), unless and to the extent prohibited by law.

Our liability to you or any third parties in any circumstance is limited to the actual amount of direct damages.  In addition, to the extent permitted by applicable law, PayPal is not liable, and you agree not to hold PayPal responsible, for any damages or losses (including, but not limited to, loss of money, goodwill, or reputation, profits, or other intangible losses or any special, indirect, or consequential damages) resulting directly or indirectly from: (1) your use of, or your inability to use, our websites, software, systems (including any networks and servers used to provide any of the PayPal services) operated by us or on our behalf, or any of the PayPal services; (2) delays or disruptions in our websites, software, systems (including any networks and servers used to provide any of the PayPal services) operated by us or on our behalf and any of the PayPal services; (3) viruses or other malicious software obtained by accessing our websites, software, systems (including any networks and servers used to provide any of the PayPal services) operated by us or on our behalf  or any of the PayPal services or any website or service linked to our websites, software  or any of the PayPal services; (4) glitches, bugs, errors, or inaccuracies of any kind in our websites, software, systems (including any networks and servers used to provide any of the PayPal services) operated by us or on our behalf or any of the PayPal services or in the information and graphics obtained from them; (5) the content, actions, or inactions of third parties; (6) a suspension or other action taken with respect to your PayPal account; or (7) your need to modify your practices, content, or behavior, or your loss of or inability to do business, as a result of changes to this user agreement or PayPal's policies.

### Disclaimer of Warranty and Release

### No warranty

**The PayPal services are provided "as-is" and without any representation or warranty, whether express, implied or statutory.  PayPal specifically disclaims any implied warranties of title, merchantability, fitness for a particular purpose and non-infringement.**

PayPal does not have any control over the products or services provided by sellers who accept PayPal as a payment method, and PayPal cannot ensure that a buyer or a seller you are dealing with will actually complete the transaction or is authorized to do so.  PayPal does not guarantee continuous, uninterrupted or secure access to any part of the PayPal services, and operation of our websites, software, or systems (including any networks and servers used to provide any of the PayPal services) operated by us or on our behalf may be interfered with by numerous factors outside of our control.  PayPal will make reasonable efforts to ensure that requests for electronic debits and credits involving bank accounts, debit cards, credit cards, and check issuances are processed in a timely manner but PayPal makes no representations or warranties regarding the amount of time needed to complete processing because the PayPal services are dependent upon many factors outside of our control, such as delays in the banking system or the U.S. or international mail service.  Some states do not allow the disclaimer of implied warranties, so the foregoing disclaimers may not apply to you.

*Release of PayPal*

If you have a dispute with any other PayPal account holder, you release PayPal from any and all claims, demands and damages (actual and consequential) of every kind and nature, known and unknown, arising out of or in any way connected with such disputes. In entering into this release you expressly waive any protections (whether statutory or otherwise, for example, California Civil Code § 1542) that would otherwise limit the coverage of this release to include only those claims which you may know or suspect to exist in your favor at the time of agreeing to this release.

## Agreement to Arbitrate

You and PayPal agree that any claim or dispute at law or equity that has arisen or may arise between us will be resolved in accordance with the Agreement to Arbitrate provisions set forth below.  Please read this information carefully.  Among other things it:

- Affects your rights and will impact how claims you and we have against each other are resolved.
- Includes a Prohibition of Class and Representative Actions and Non-Individualized Relief pursuant to which you agree to waive your right to participate in a class action lawsuit against us.
- Requires you to follow the Opt-Out Procedure to opt-out of the Agreement to Arbitrate by mailing us a written notice and the opt-out notice must be postmarked no later than 30 days after the date you accept this user agreement for the first time.

If a dispute arises between you and PayPal, acting as either a buyer or a seller, our goal is to learn about and address your concerns. If we are unable to do so to your satisfaction, we aim to provide you with a neutral and cost effective means of resolving the dispute quickly.  Disputes between you and PayPal regarding the PayPal services may be reported to customer service online through the PayPal Help Center at any time, or by calling (888) 221-1161 from Mon-Fri 5:00 AM to 10:00 PM PT and Sat-Sun 6:00 AM to 8:00 PM PT.

| Agreement to Arbitrate | |
|---|---|
| **Our Agreement** | You and PayPal each agree that any and all disputes or claims that have arisen or may arise between you and PayPal, including without limitation federal and state statutory claims, common law claims, and those based in contract, tort, fraud, misrepresentation or any other legal theory, shall be resolved exclusively through final and binding arbitration, rather than in court, except that you may assert claims in small claims court, if your claims qualify and so long as the matter remains in such court and advances only on an individual (non-class, non-representative) basis.  This Agreement to Arbitrate is intended to be broadly interpreted.  The Federal Arbitration Act governs the interpretation and enforcement of this Agreement to Arbitrate. |
| **Prohibition of Class and Representative Actions and Non-Individualized Relief** | You and PayPal agree that each of us may bring claims against the other only on an individual basis and not as a plaintiff or class member in any purported class or representative action or proceeding.  Unless both you and PayPal agree otherwise, the arbitrator(s) may not consolidate or join more than one person's or party's claims and may not otherwise preside over any form of a consolidated, representative or class proceeding.  Also, the arbitrator(s) may award relief (including monetary, injunctive and declaratory relief) only in favor of the individual party seeking relief and only to the extent necessary to provide relief |

necessitated by that party's individual claim(s).  Any relief awarded cannot affect other PayPal customers.

| | |
|---|---|
| ***Arbitration Procedures*** | Arbitration is more informal than a lawsuit in court.  Arbitration uses a neutral arbitrator or arbitrators instead of a judge or jury, and court review of an arbitration award is very limited.  However, the arbitrator(s) can award the same damages and relief on an individual basis that a court can award to an individual.  The arbitrator(s) also must follow the terms of this user agreement as a court would.  All issues are for the arbitrator(s) to decide, except that issues relating to arbitrability, the scope or enforceability of this Agreement to Arbitrate, or the interpretation of the Prohibition of Class and Representative Actions and Non-Individualized Relief section above, shall be for a court of competent jurisdiction to decide. |

The arbitration will be conducted by the American Arbitration Association (referred to as the "AAA") under its rules and procedures, including the AAA's Consumer Arbitration Rules (as applicable), as modified by this Agreement to Arbitrate.  The AAA's rules are available at www.adr.org.  A party who intends to seek arbitration must first send the other party, by certified mail, a completed Notice of Dispute.  You should send this notice to PayPal at:  PayPal, Inc., Attn: Litigation Department, Re: Notice of Dispute, 2211 North First Street, San Jose, CA 95131.  PayPal will send any notice to you to the address we have on file associated with your PayPal account; it is your responsibility to keep your address up to date.  All information called for in the notice must be provided including a description of the nature and basis of the claims the party is asserting and the relief sought.

If you and PayPal are unable to resolve the claims described in the notice within 30 days after the notice is sent, you or PayPal may initiate arbitration proceedings.  A form for initiating arbitration proceedings is available on the AAA's website at www.adr.org.

The arbitration shall be held in the county in which you reside or at another mutually agreed location.  If the value of the relief sought is $10,000 or less, you or PayPal may elect to have the arbitration conducted by telephone or based solely on written submissions, which election shall be binding on you and PayPal subject to the discretion of the arbitrator(s) to require an in-person hearing, if the circumstances warrant.  In cases where an in-person hearing is held, you and/or PayPal may attend by telephone, unless the arbitrator(s) require otherwise.  Any settlement offer made by you or PayPal shall not be disclosed to the arbitrator(s).

The arbitrator(s) will decide the substance of all claims in accordance with applicable law, including recognized principles of equity, and will honor all claims of privilege recognized by law.  The arbitrator(s) shall not be bound by rulings in prior arbitrations involving different PayPal customers, but is/are bound by rulings in prior arbitrations involving the same PayPal customer to the extent required by applicable law.  The award of the arbitrator(s) shall be final and binding, and judgment on the award rendered by the arbitrator(s) may be entered in any court having jurisdiction thereof.

| | |
|---|---|
| *Costs of Arbitration* | Payment of all filing, administration, and arbitrator fees will be governed by the AAA's rules, unless otherwise stated in this Agreement to Arbitrate.  If the value of the relief sought is $10,000 or less, at your request, PayPal will pay all filing, administration, and arbitrator fees associated with the arbitration.  Any request for payment of fees by PayPal should be submitted by mail to the AAA along with your Demand for Arbitration and PayPal will make arrangements to pay all necessary fees directly to the AAA.  If the value of the relief sought is more than $10,000 and you are able to demonstrate that the costs of accessing arbitration will be prohibitive as compared to the costs of accessing a court for purposes of pursuing litigation on an individual basis, PayPal will pay as much of the filing, administration, and arbitrator fees as the arbitrator(s) deem necessary to prevent the cost of accessing the arbitration from being prohibitive.  In the event the arbitrator(s) determine the claim(s) you assert in the arbitration to be frivolous, you agree to reimburse PayPal for all fees associated with the arbitration paid by PayPal on your behalf that you otherwise would be obligated to pay under the AAA's rules. |
| *Severability* | With the exception of any of the provisions in the Prohibition of Class and Representative Actions and Non-Individualized Relief section above, if a court decides that any part of this Agreement to Arbitrate is invalid or unenforceable, the other parts of this Agreement to Arbitrate shall still apply. If a court decides that any of the provisions in the Prohibition of Class and Representative Actions and Non-Individualized Relief section above is invalid or unenforceable because it would prevent the exercise of a non-waivable right to pursue public injunctive relief, then any dispute regarding the entitlement to such relief (and only that relief) must be severed from arbitration and may be litigated in court. All other disputes subject to arbitration under the terms of the Agreement to Arbitrate shall be arbitrated under its terms. |
| *Opt-Out Procedure* | If you are a new PayPal customer, you can choose to reject this Agreement to Arbitrate by mailing us a written opt-out notice.  The opt-out notice must be postmarked no later than 30 days after the date you accept this user agreement for the first time.  You must mail the opt-out notice to PayPal, Inc., Attn:  Litigation Department, 2211 North First Street, San Jose, CA  95131. |
| | For your convenience, we are providing an opt-out notice form you must complete and mail to opt out of this Agreement to Arbitrate.  You must complete this form by providing all the information it calls for, including your name, address, phone number, and the email address(es) used to log in to the PayPal account(s) to which the opt-out applies.  You must sign the opt-out notice for it to be effective. This procedure is the only way you can opt out of the Agreement to Arbitrate.  If you opt out of this Agreement to Arbitrate, all other parts of the user agreement will continue to apply.  Opting out of this Agreement to Arbitrate has no effect on any previous, other, or future arbitration agreements that you may have with us. |
| *Future Amendments to this Agreement to Arbitrate* | Notwithstanding any provision in the user agreement to the contrary, you and we agree that if we make any amendment to this Agreement to Arbitrate (other than an amendment to any notice address or website link provided herein) in the future, that amendment shall not apply to any claim that was filed in a legal proceeding against PayPal prior to the effective date of the amendment.  The amendment shall apply to all other disputes or claims governed by this Agreement |

to Arbitrate that have arisen or may arise between you and PayPal.  We will notify you of amendments to this Agreement to Arbitrate by posting the amended terms on www.paypal.com at least 30 days before the effective date of the amendments and by providing notice through email.  If you do not agree to these amended terms, you may close your PayPal account within the 30-day period and you will not be bound by the amended terms.

## Intellectual Property

### PayPal's trademarks

"PayPal.com," "PayPal," and all logos related to the PayPal services are either trademarks or registered trademarks of PayPal or PayPal's licensors.  You may not copy, imitate, modify or use them without PayPal's prior written consent.  In addition, all page headers, custom graphics, button icons, and scripts are service marks, trademarks, and/or trade dress of PayPal.  You may not copy, imitate, modify or use them without our prior written consent.  You may use HTML logos provided by PayPal for the purpose of directing web traffic to the PayPal services.  You may not alter, modify or change these HTML logos in any way, use them in a manner that mischaracterizes PayPal or the PayPal services or display them in any manner that implies PayPal's sponsorship or endorsement.  All right, title and interest in and to the PayPal websites, any content thereon, the PayPal services, the technology related to the PayPal services, and any and all technology and any content created or derived from any of the foregoing is the exclusive property of PayPal and its licensors.

### License grants, generally

If you are using PayPal software such as an API, developer's toolkit or other software application, which may include software provided by or integrated with software, systems or services of our service providers, that you have downloaded or otherwise accessed through a web or mobile platform, then PayPal grants you a revocable, non-exclusive, non-sublicensable, non-transferable, royalty-free limited license to access and/or use PayPal's software in accordance with the documentation accompanying such software.  This license grant applies to the software and all updates, upgrades, new versions and replacement software.  You may not rent, lease or otherwise transfer your rights in the software to a third party.  You must comply with the implementation, access and use requirements contained in all documentation accompanying the PayPal services.  If you do not comply with implementation, access and use requirements you will be liable for all resulting damages suffered by you, PayPal and third parties.  PayPal may update or discontinue any software upon notice to you.  While PayPal may have (1) integrated certain third party materials and technology into any web or other application, including its software, and/or (2) accessed and used certain third party materials and technology to facilitate providing you with the PayPal Services, you have not been granted and do not otherwise retain any rights in or to any such third party materials.  You agree not to modify, alter, tamper with, repair, copy, reproduce, adapt, distribute, display, publish, reverse engineer, translate, disassemble, decompile or otherwise attempt to create any source code that is derived from the software or any third party materials or technology, or otherwise create any derivative works from any of the software or third party materials or technology.  You acknowledge that all rights, title and interest to PayPal's software are owned by PayPal and any third party materials integrated therein are owned by PayPal's third party service providers.  Any other third party software application you use on the PayPal websites is subject to the license you agreed to with the third party that provides you with this software.  You acknowledge that PayPal does not own, control nor have any responsibility or liability for any such third party software application you elect to use on any of our websites, software and/or in connection with the PayPal services.

### License grant from you to PayPal; intellectual property warranties

Page | 40

PayPal does not claim ownership of the content that you provide, upload, submit or send to PayPal.  Nor does PayPal claim ownership of the content you host on third-party websites or applications that use PayPal services to provide payments services related to your content.  Subject to the next paragraph, when you provide content to PayPal or post content using PayPal services, you grant PayPal (and parties that we work with) a non-exclusive, irrevocable, royalty-free, transferable, and worldwide license to use your content and associated intellectual property and publicity rights to help us improve, operate and promote our current services and develop new ones.  PayPal will not compensate you for any of your content.  You acknowledge that PayPal's use of your content will not infringe any intellectual property or publicity rights.  Further, you acknowledge and warrant that you own or otherwise control all of the rights of the content you provide, and you agree to waive your moral rights and promise not to assert such rights against PayPal.

**License grant from sellers to PayPal**

Notwithstanding the provisions of the prior paragraph, if you are a seller using the PayPal services to accept payments for goods and services, you hereby grant PayPal and its affiliates a worldwide, non-exclusive, transferable, sublicensable (through multiple tiers), and royalty-free, fully paid-up, right to use and display publicly, during the term of this user agreement, your trademark(s) (including but not limited to registered and unregistered trademarks, trade names, service marks, logos, domain names and other designations owned, licensed to or used by you) for the purpose of (1) identifying you as a merchant that accepts a PayPal service as a payment form, and (2) any other use to which you specifically consent.

## Miscellaneous

**Assignment**

You may not transfer or assign any rights or obligations you have under this user agreement without PayPal's prior written consent.  PayPal may transfer or assign this user agreement or any right or obligation under this user agreement at any time.

**Business Days**

"Business Day(s)" means Monday through Friday, excluding holidays when PayPal's offices are not considered open for business in the U.S.  Holidays include New Year's Day (January 1), Martin Luther King, Jr.'s Birthday (the third Monday in January), George Washington's Birthday (the third Monday in February), Memorial Day (the last Monday in May), Independence Day (July 4), Labor Day (the first Monday in September), Columbus Day (the second Monday in October), Veterans Day (November 11), Thanksgiving Day (the fourth Thursday in November) and Christmas Day (December 25).  If a holiday falls on a Saturday, PayPal observes the holiday on the prior Friday.  If the holiday falls on a Sunday, PayPal observes the holiday on the following Monday.

**Consumer fraud warning**

We're always looking for ways to help keep you even more secure.  So stay on the lookout for some of these common scams:

- Spoofing: a scammer sends forged or faked electronic documents or emails falsely claiming to be PayPal or coming from PayPal but asks you to send money outside your PayPal account.
- Relative in Need: a scammer impersonates a family member (commonly grandchildren) and claims there is an emergency requiring you to send money.
- Lottery or Prize: a scammer informs you that you've won a lottery or prize and must send money in order to claim it.

- Debt Collection: a scammer impersonates a debt collector and induces you to send money using threats or intimidation.
- Employment Related: a scammer instructs you to send money in connection with a fraudulent offer of employment.

Always use common sense when sending money.  If something sounds too good to be true, it probably is.  Only send money for yourself and not for others.  Remember that if you don't send the payment through your PayPal account, you're not covered by PayPal Purchase Protection.  Please let us know immediately if you believe someone is trying to scam or defraud you by contacting us.

*Dormant accounts*

If you do not log in to your PayPal account for two or more years, PayPal may close your PayPal account and send any funds in the PayPal account, including any balance in a linked Cash Account to your primary address (if we have verified the required identifying information that you have provided to us) or, if required, escheat (send) those funds to your state of residency. PayPal will determine your state of residency based on the state listed in the primary address for your PayPal account.  If your address is unknown or registered in a foreign country, the funds in your PayPal account, including any balance in a linked Cash Account will be escheated to the State of Delaware.  Where required, PayPal will send you a notice prior to escheating any funds in your PayPal account, including any balance in a linked Cash Account.  If you fail to respond to this notice, the funds in your PayPal account, including any balance in a linked Cash Account will be escheated to the applicable state.  If you would like to claim any escheated funds from the applicable state, please contact the applicable state's unclaimed property administrator.

*Governing law*

You agree that, except to the extent inconsistent with or preempted by federal law and except as otherwise stated in this user agreement, the laws of the State of Delaware, without regard to principles of conflict of laws, will govern this user agreement and any claim or dispute that has arisen or may arise between you and PayPal.

*Identity authentication*

You authorize PayPal, directly or through third parties, to make any inquiries we consider necessary to verify your identity.  This may include:

- asking you for further information, such as your date of birth, a taxpayer identification number, your physical address and other information that will allow us to reasonably identify you;
- requiring you to take steps to confirm ownership of your email address or financial instruments;
- ordering a credit report from a credit reporting agency, or verifying your information against third party databases or through other sources; or
- requiring you to provide your driver's license or other identifying documents.

Anti-money laundering and counter-terrorism financing laws may require that PayPal verify the required identifying information if you use certain PayPal services.  PayPal reserves the right to close, suspend, or limit access to your PayPal account and/or the PayPal services in the event that, after reasonable enquiries, we are unable to obtain information about you required to verify your identity.

*PayPal is only a payment service provider*

We act as a payment service provider only. We do not:

- Act as an escrow agent with respect to any funds kept in your account;
- Act as your agent or trustee;
- Enter into a partnership, joint venture, agency or employment relationship with you;
- Guarantee the identity of any buyer or seller;
- Determine if you are liable for any taxes; or
- Unless otherwise expressly set out in this agreement, collect or pay any taxes that may arise from your use of our services.

*Privacy*

Protecting your privacy is very important to us.  Please review our Privacy Statement in order to better understand our commitment to maintaining your privacy, as well as our use and disclosure of your information.

*State disclosures*

In addition to reporting complaints against PayPal directly to PayPal as described above, if you are a California resident, you may report complaints to the California Department of Business Oversight by mail at Department of Business Oversight, Attn:  Consumer Services, 1515 K Street, Suite 200, Sacramento, CA 95814 or online through its website at http://www.dbo.ca.gov/Consumers/consumer_services.asp.  The California Department of Business Oversight offers assistance with its complaint form by phone at 866-275-2677.  If you are a California resident, you have a right to receive communications about your PayPal account and the PayPal services by email.  To make such a request, send a letter to PayPal to: PayPal, Inc., Attention: Legal Department, 2211 North First Street, San Jose, California 95131), include your email address, and your request for that information by email.

Florida residents may contact the Florida Department of Financial Services in writing at 200 East Gaines Street, Tallahassee, Florida, 32399, or by telephone at 1-800-342-2762.

*Translation of agreement*

Any translation of this user agreement is provided solely for your convenience and is not intended to modify the terms of this user agreement. In the event of a conflict between the English version of this user agreement and a version in a language other than English, the English version shall control.

*Unlawful internet gambling notice*

Restricted transactions as defined in Federal Reserve Regulation GG are prohibited from being processed through your PayPal account or your relationship with PayPal.  Restricted transactions generally include, but are not limited to, transactions in which credit, electronic fund transfers, checks, or drafts are knowingly accepted by gambling businesses in connection with unlawful Internet gambling.

*Your use of information; Data protection laws*

If you receive information about another PayPal customer, you must keep the information confidential and only use it in connection with the PayPal services.  You may not disclose or distribute any information about PayPal users to a third party or use the information for marketing purposes unless you receive that user's express consent to do so.  You may not send unsolicited emails to a PayPal customer or use the PayPal services to collect payments for sending, or assist in sending, unsolicited emails to third parties.

To the extent that you (as a seller) process any personal data about a PayPal customer pursuant to this agreement, you agree to comply with the requirements of any applicable privacy and data protection laws. You

have your own, independently determined privacy policy, notices and procedures for any such personal data that you hold as a data controller, including a record of your activities related to processing of personal data under this agreement.

The privacy and data protection laws that may apply include any associated regulations, regulatory requirements and codes of practice applicable to the provision of the services described in this agreement. If you process personal data from Europe pursuant to this agreement, you must comply with the EU Directive 95/46/EC or the General Data Protection Regulation (EU) 2016/679 (GDPR).

In complying with such laws, you will:

- implement and maintain all appropriate security measures for the processing of personal data; and
- not knowingly do anything or permit anything to be done which might lead to a breach of any privacy data protection laws by PayPal.

### *Exhibit A-1*
### *Transferring funds from Personal PayPal Accounts.*

| | |
|---|---|
| *Standard transfer to linked bank account* | Free |
| *Instant Transfer with eligible linked debit card or bank account* | 1% of amount transferred, with a maximum fee of $10.00 |

If you are a U.S. PayPal account holder, you can transfer money out of your balance in two ways. * Standard transfers made using your linked bank account are always free and are usually deposited the next business day. ** Now, with Instant Transfer, for a fee you can transfer funds even faster to your eligible bank account or debit card. Instant Transfers to eligible banks and debit cards are typically completed in minutes. *** You can choose between your eligible linked bank accounts and debit card(s) when you make a transfer. Eligible debit cards include Visa and MasterCard debit that participate in Instant Transfers. Participation of these cards is driven by the card issuer. Eligible banks include those participating in The Clearing House Real Time Payments program.

***Instant Transfer Withdrawal Limits for Debit Cards***
- Up to $5,000 per transaction
- Up to $5,000 per day
- Up to $5,000 per week
- Up to $15,000 per month

***Instant Transfer Withdrawal Limits for Bank***
- Up to $25,000 per transaction

*All transfers are subject to review and could be delayed or stopped if we identify an issue.

**Standard bank transfers made after 7:00 PM ET or on weekends or holidays take longer.

*** Instant Transfers may take up to 30 minutes and may vary by bank.

### Exhibit A-2
### Transferring balance from Business PayPal Accounts.

| | |
|---|---|
| If you are a U.S. business PayPal account holder, you can transfer money out of your balance in two ways.* Standard transfers made using your linked bank account are always free and are usually deposited the next business day.** Now, with Instant Transfer, for a fee you can transfer funds even faster using your eligible bank account or debit card. Instant Transfers to eligible banks and debit cards are typically completed in minutes. *** You can choose between your eligible linked bank account(s) and any eligible debit cards when you make a transfer.  Eligible debit cards include Visa and MasterCard debit that participate in Instant Transfers. Participation of these cards is driven by the card issuer. Eligible banks include those participating in The Clearing House Real Time Payments program. | **Standard transfer to linked bank account** — Free |
| | **Instant Transfer with eligible linked debit card or bank account** — 1% of amount transferred, with a maximum fee of $10.00 |

**Instant Transfer Withdrawal Limits for Business Accounts:**

- $50,000 per transaction
- $100,000 per day
- $250,000 per week
- $500,000 per month

*All transfers are subject to review and could be delayed or stopped if we identify an issue.

**Standard bank transfers made after 7:00 PM ET or on weekends or holidays take longer.

*** Instant Transfers may take up to 30 minutes and may vary by bank.

### *Exhibit B*
### *Sending money to friends and family.*

We'll always post the current fees for sending money to friends and family, and we will disclose the fees to you in advance each time you initiate a transaction to send money to a friend or family member. You must have or open a PayPal account to send or receive money.

---

### *Sending in the U.S.*

If you are a U.S. PayPal account holder sending money to a friend or family member with a PayPal account in the U.S., you may pay a fee, depending on how you pay.

| *Payment method:* | *Fees:* |
| --- | --- |
| Funded by your balance in your business PayPal account or in your PayPal Cash or PayPal Cash Plus account, if you have one, or a bank account linked to your PayPal account. | Fee is waived. |
| Funded by a credit card, debit card or PayPal Credit. | 2.9% of the transaction amount funded this way, plus a fixed fee (from the table below) based on the currency of the transaction. |

---

### *Sending to other countries.*

If you are a U.S. PayPal account holder sending money to a friend or family member with a PayPal account in a country other than the U.S., the fee you pay depends on the Payment Method used, which country the recipient's account is in, and the amount you are sending.

| *Payment method:* | *Country of recipient's account:* | *Fees (based on send amount^)* | | |
| --- | --- | --- | --- | --- |
| | | *$0.00 - $49.99 USD* | *$50.00- $99.99 USD* | *$100.00+ USD* |
| Funded by your balance in your business PayPal account or in your PayPal | Canada and Europe* | $0.99 USD† | $2.99 USD† | $2.99 USD† |

| Cash or PayPal Cash Plus account, if you have one, or a bank account linked to your PayPal account. | Any other country | $0.99 USD† | $2.99 USD† | $4.99 USD† |
|---|---|---|---|---|
| Funded by a credit card, debit card or PayPal Credit. | Canada and Europe* | $0.99 USD† + 2.9% of the transaction amount funded this way plus a fixed fee based on currency (from the table below). | $2.99 USD† + 2.9% of the transaction amount funded this way plus a fixed fee based on currency (from the table below). | $2.99 USD† + 2.9% of the transaction amount funded this way plus a fixed fee based on currency (from the table below). |
| | Any other country | $0.99 USD† + 2.9% of the transaction amount funded this way plus a fixed fee based on currency (from the table below). | $2.99 USD† + 2.9% of the transaction amount funded this way plus a fixed fee based on currency (from the table below). | $4.99 USD† + 2.9% of the transaction amount funded this way plus a fixed fee based on currency (from the table below). |

*Aland Islands, Albania, Andorra, Austria, Belarus, Bosnia and Herzegovina, Bulgaria, Channel Islands, Croatia, Cyprus, Czech Republic, Denmark, Estonia, Faroe Islands, Finland, France (including French Guiana, Guadeloupe, Martinique, Reunion and Mayotte), Georgia, Germany, Gibraltar, Greece, Greenland, Hungary, Iceland, Ireland, Isle of Man, Italy, Kosovo, Latvia, Liechtenstein, Lithuania, Luxembourg, Macedonia, Malta, Moldova, Monaco, Montenegro, Netherlands, Norway, Poland, Portugal, Romania, Russian Federation, San Marino, Serbia, Slovakia, Slovenia, Spain, Sweden, Switzerland, Ukraine, United Kingdom, Vatican City State.

† If funded in a foreign currency, then a comparable amount in that currency.

^ If the transaction is funded in a currency other than USD, it will be converted to an equivalent amount in USD for rating, calculated using the prevailing Base Exchange rate.

### *Fixed fees for sending in other currencies.*

| Currency | Fee | Currency | Fee |
|----------|-----|----------|-----|
| Australian Dollar: | 0.30 AUD | New Zealand Dollar: | 0.45 NZD |
| Brazilian Real: | 0.60 BRL | Norwegian Krone: | 2.80 NOK |
| Canadian Dollar: | 0.30 CAD | Philippine Peso: | 15.00 PHP |
| Czech Koruna: | 10.00 CZK | Polish Zloty: | 1.35 PLN |
| Danish Krone: | 2.60 DKK | Russian Ruble: | 10 RUB |
| Euro: | 0.35 EUR | Singapore Dollar: | 0.50 SGD |
| Hong Kong Dollar: | 2.35 HKD | Swedish Krona: | 3.25 SEK |
| Hungarian Forint: | 90 HUF | Swiss Franc: | 0.55 CHF |
| Israeli Shekel: | 1.20 ILS | Taiwan New Dollar: | 10.00 TWD |
| Japanese Yen: | 40 JPY | Thai Baht: | 11.00 THB |
| Malaysian Ringgit: | 2.00 MYR | U.K. Pounds Sterling: | 0.20 GBP |
| Mexican Peso: | 4.00 MXN | U.S. Dollar: | 0.30 USD |

*Exhibit C*
*Standard Transaction Fees*

These fees apply when you sell goods or services online (including using PayPal Payments Standard and PayPal Checkout) and in your store location.

- No startup costs, no termination fee, no monthly fees
- Accept PayPal payments, Venmo, PayPal Credit, and all major credit and debit cards with PayPal Checkout
- Accept PayPal payments, PayPal Credit, and all major credit cards and debit cards with PayPal Payments Standard

| If you're selling goods or services and the sale occurs: | And the funds you are receiving are coming from a PayPal account: | then you pay: |
| --- | --- | --- |
| Through an online transaction | In the U.S. | a fee of 2.9% of the transaction amount plus a fixed fee based on the currency. |
| | Outside the U.S. | a fee of 4.4% of the transaction amount plus a fixed fee based on the currency. |
| In your store location | In the U.S. | a fee of 2.7% of the transaction amount |
| | Outside the U.S. | a fee of 4.2% of the transaction amount |

### Standard transaction fees for charitable organizations

Discounted credit card processing fees for registered charities with 501(c)(3) status. Learn more about our discounts for charities.

| If you're a verified charitable 501(c)(3) organization, and the funds you are receiving are coming from a PayPal account: | then you pay: |
| --- | --- |
| In the U.S. | a fee of 2.2% of the transaction amount plus a fixed fee based on the currency. |
| Outside the U.S. | a fee of 3.7% of the transaction amount plus a fixed fee based on the currency. |

### *Fixed fee for standard transactions*

The following fixed fees apply to standard transactions for online and in-store payments and to donations received by 501(c)(3) organizations.

| Currency | Fee | Currency | Fee |
|---|---|---|---|
| Australian Dollar: | 0.30 AUD | New Zealand Dollar: | 0.45 NZD |
| Brazilian Real: | 0.60 BRL | Norwegian Krone: | 2.80 NOK |
| Canadian Dollar: | 0.30 CAD | Philippine Peso: | 15.00 PHP |
| Czech Koruna: | 10.00 CZK | Polish Zloty: | 1.35 PLN |
| Danish Krone: | 2.60 DKK | Russian Ruble: | 10 RUB |
| Euro: | 0.35 EUR | Singapore Dollar: | 0.50 SGD |
| Hong Kong Dollar: | 2.35 HKD | Swedish Krona: | 3.25 SEK |
| Hungarian Forint: | 90 HUF | Swiss Franc: | 0.55 CHF |
| Israeli Shekel: | 1.20 ILS | Taiwan New Dollar: | 10.00 TWD |
| Japanese Yen: | 40 JPY | Thai Baht: | 11.00 THB |
| Mexican Peso: | 4.00 MXN | U.K. Pounds Sterling: | 0.20 GBP |
| Malaysian Ringgit: | 2.00 MYR | U.S. Dollar: | 0.30 USD |

*Exhibit D*
*Micropayment Fees*

If your transactions are less than $10, you can save money with our micropayment processing fees.

| If you qualify to receive micropayments pricing and the funds you are receiving are coming from a PayPal account in: | then you pay: |
| --- | --- |
| The U.S. | a fee of 5.0% of the transaction amount plus a fixed fee based on the currency. |
| Outside the U.S. | a fee of 6.5% of the transaction amount plus a fixed fee based on the currency. |

*Fixed Fees for Micropayments*

| Currency | Fee | Currency | Fee |
| --- | --- | --- | --- |
| Australian Dollar: | 0.05 AUD | New Zealand Dollar: | 0.08 NZD |
| Brazilian Real: | 0.10 BRL | Norwegian Krone: | 0.47 NOK |
| Canadian Dollar: | 0.05 CAD | Philippine Peso: | 2.5 PHP |
| Czech Koruna: | 1.67 CZK | Polish Zloty: | 0.23 PLN |
| Danish Krone: | 0.43 DKK | Russian Ruble: | 2 RUB |
| Euro: | 0.05 EUR | Singapore Dollar: | 0.08 SGD |
| Hong Kong Dollar: | 0.39 HKD | Swedish Krona: | 0.54 SEK |
| Hungarian Forint: | 15 HUF | Swiss Franc: | 0.09 CHF |
| Israeli Shekel: | 0.20 ILS | Taiwan New Dollar: | 2.00 TWD |
| Japanese Yen: | 7 JPY | Thai Baht: | 1.80 THB |
| Mexican Peso: | 0.55 MXN | U.K. Pounds Sterling: | 0.05 GBP |
| Malaysian Ringgit: | 0.20 MYR | U.S. Dollar: | 0.05 USD |

### Exhibit E
### PayPal Payouts and Mass Pay Fees

If you are using Payouts or Mass Pay to send money to someone with a PayPal account:

| Currency of the payment: | In the U.S., using PayPal's newer Payouts API, you pay a flat fee of: | In the U.S., using traditional Mass Pay services, you pay 2% of each recipient's payment amount as a fee up to a maximum amount per recipient of: | Outside of the U.S., you pay 2% of each recipient's payment amount as a fee up to a maximum amount per recipient of: |
|---|---|---|---|
| Australian Dollar: | 0.32 AUD | 1.25 AUD | 24.00 AUD |
| Brazilian Real: | 0.50 BRL | 2.00 BRL | 40.00 BRL |
| Canadian Dollar: | 0.32 CAD | 1.25 CAD | 24.00 CAD |
| Czech Koruna: | 6.00 CZK | 24.00 CZK | 400.00 CZK |
| Danish Krone: | 1.50 DKK | 6.00 DKK | 120.00 DKK |
| Euro: | 0.22 EUR | 0.85 EUR | 16.00 EUR |
| Hong Kong Dollar: | 1.75 HKD | 7.00 HKD | 160.00 HKD |
| Hungarian Forint: | 53 HUF | 210 HUF | 6,000 HUF |
| Israeli Shekel: | 1.00 ILS | 4.00 ILS | 80.00 ILS |
| Japanese Yen: | 30 JPY | 120 JPY | 2,000 JPY |
| Mexican Peso: | 2.75 MXN | 11.00 MXN | 300.00 MXN |
| Malaysian Ringgit: | N/A | 4.00 MYR | 80.00 MYR |
| New Zealand Dollar: | 0.38 NZD | 1.50 NZD | 30.00 NZD |
| Norwegian Krone: | 1.70 NOK | 6.75 NOK | 120.00 NOK |
| Philippine Peso: | 12.50 PHP | 50.00 PHP | 1,000.00 PHP |
| Polish Zloty: | 0.75 PLN | 3.00 PLN | 60.00 PLN |
| Russian Ruble: | 60 RUB | 30 RUB | 600 RUB |
| Singapore Dollar: | 0.40 SGD | 1.60 SGD | 32.00 SGD |
| Swedish Krona: | 2.25 SEK | 9.00 SEK | 160.00 SEK |
| Swiss Franc: | 0.33 CHF | 1.30 CHF | 20.00 CHF |
| Taiwan New Dollar: | 8.00 TWD | 33.00 TWD | 800.00 TWD |
| Thai Baht: | 9.00 THB | 36.00 THB | 800.00 THB |
| U.K. Pounds Sterling: | 0.17 GBP | 0.65 GBP | 14.00 GBP |
| U.S. Dollar: | 0.25 USD | 1.00 USD | 20.00 USD |

*Exhibit F*
*Chargeback Fees*

| Currency | Chargeback Fee | Currency | Chargeback Fee |
|---|---|---|---|
| Australian Dollar: | 22 AUD | New Zealand Dollar: | 28 NZD |
| Brazilian Real: | 35 BRL | Norwegian Krone: | 125.00 NOK |
| Canadian Dollar: | 20.00 CAD | Philippine Peso: | 900.00 PHP |
| Czech Koruna: | 400.00 CZK | Polish Zloty: | 65.00 PLN |
| Danish Krone: | 120.00 DKK | Russian Ruble: | 640 RUB |
| Euro: | 16 EUR | Singapore Dollar: | 28.00 SGD |
| Hong Kong Dollar: | 155.00 HKD | Swedish Krona: | 150.00 SEK |
| Hungarian Forint: | 4,325 HUF | Swiss Franc: | 22 CHF |
| Israeli Shekel: | 75.00 ILS | Taiwan New Dollar: | 625 TWD |
| Japanese Yen: | 1,875 JPY | Thai Baht: | 650.00 THB |
| Malaysian Ringgit: | 65 MYR | U.K. Pounds Sterling: | 14.00 GBP |
| Mexican Peso: | 250 MXN | U.S. Dollar: | 20.00 USD |

Exhibit 2



>> **View all legal agreements**

# PayPal Acceptable Use Policy

Last Update: July 1, 2015

 **Print**

You are independently responsible for complying with all applicable laws in all of your actions related to your use of PayPal's services, regardless of the purpose of the use. In addition, you must adhere to the terms of this Acceptable Use Policy.

## Prohibited Activities

You may not use the PayPal service for activities that:

1. violate any law, statute, ordinance or regulation.

2. relate to transactions involving (a) narcotics, steroids, certain controlled substances or other products that present a risk to consumer safety, (b) drug paraphernalia, (c) cigarettes, (d) items that encourage, promote, facilitate or instruct others to engage in illegal activity, (e) stolen goods including digital and virtual goods, (f) the promotion of hate, violence, racial intolerance or the financial exploitation of a crime, (g) items that are considered obscene, (h) items that infringe or violate any copyright, trademark, right of publicity or privacy or any other proprietary right under the laws of any jurisdiction, (i) certain sexually oriented materials or services, (j) ammunition, firearms, or certain firearm parts or accessories, or (k) certain weapons or knives regulated under applicable law.

https://www.paypal.com/us/webapps/mpp/ua/acceptableuse-full     Go

489 captures
14 Aug 2013 - 2 Mar 2021

SEP **OCT** NOV
◀ **15** ▶
2014 **2015** 2016

  
▼ About this capture

are for the sale of certain items before the seller has control or possession of the item, (e) are by payment processors to collect payments on behalf of merchants, (f) are associated with the sale of traveler's checks or money orders, (h) involve currency exchanges or check cashing businesses, (i) involve certain credit repair, debt settlement services, credit transactions or insurance activities, or (k) involve offering or receiving payments for the purpose of bribery or corruption.

4. involve the sales of products or services identified by government agencies to have a high likelihood of being fraudulent.

# Activities Requiring Approval

PayPal requires pre-approval to accept payments for certain services as detailed in the chart below.

| Service Requiring Pre-Approval | Contact Information |
|---|---|
| Airlines and scheduled or non-scheduled charters/jets/air taxi operators; collecting donations as a charity or non-profit organization; dealing in jewels, precious metals and stones; acting as a money transmitter or selling stored value cards; selling stocks, bonds, securities, options, futures (forex) or an investment interest in any entity or property; or providing escrow services. | Please send contact information, business website URL and a brief business summary to compliance@paypal.com |
| Providing file sharing services or access to newsgroups; or selling alcoholic beverages, non-cigarette tobacco products, e-cigarettes or prescription drugs/devices. | Please send contact information, business website URL and brief business summary to aup@paypal.com |
| Activities involving gambling, gaming and/or any other activity with an entry fee and a prize, including, but not limited to casino games, sports betting, horse or greyhound racing, fantasy sports, lottery tickets, other ventures that facilitate gambling, games of skill (whether or not legally defined as gambling) and sweepstakes, if the operator and customers are located exclusively in jurisdictions where such activities are permitted by law. | Please send contact information, business website URL and brief business summary to aup@paypal.com |

# More Information

https://www.paypal.com/us/webapps/mpp/ua/acceptableuse-full                    Go    SEP    OCT    NOV

489 captures                                                                        ◀    15    ▶
14 Aug 2013 - 2 Mar 2021                                                          2014    2015    2016

About this capture

# Violations of the Acceptable Use Policy

We encourage you to **report** violations of this Acceptable Use Policy to PayPal immediately. If you have a question about whether a type of transaction may violate the Acceptable Use Policy, you can email PayPal's AUP Compliance Department at: aupviolations@paypal.com.

© 1999–2015     Privacy     Legal     Feedback

1   JAE K. PARK (SBN 234474)
    jae.park@dentons.com
2   DENTONS US LLP
    4655 Executive Drive, Suite 700
3   San Diego, CA 92121
    Telephone:     619 236 1414
4   Facsimile:     619 232 8311

5   Attorneys for Defendant
    PayPal, Inc.

6

7

8                SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                        COUNTY OF SANTA CLARA

10

11

12   TINGYU CHENG, an individual,          Case No.: 21CV375684

13              Plaintiff,                  **PROOF OF SERVICE**

14        vs.                              Judge:        Hon. Drew Takaichi
                                           Dept.:        2
15   PAYPAL, INC., a Delaware corporation;
     and DOES 1-10, inclusive,             Date Action Filed:    January 4, 2021
16                                         Trial Date:           None Set
                Defendants.
17

18

19

20

21

22

23

24

25

26

27

28

## **PROOF OF SERVICE**

At the time of service, I am employed in the County of San Diego, State of California, I am over the age of 18 and not a party to the within action.  My business address is 4655 Executive Drive, Suite 700, San Diego, California 92121.

On April 1, 2021, I served the following documents:

**PAYPAL, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PAYPAL, INC.'S MOTION TO COMPEL ARBITRATION**

**DECLARATION OF GAVIN SIMONS IN SUPPORT OF PAYPAL, INC.'S MOTION TO COMPEL ARBITRATION**

on the interested parties in this action by sending a true copy thereof addressed as follows:

Woody Wu, Esq.                                    *Counsel for Plaintiff*
SAC ATTORNEYS LLP
1754 Technology Drive, Suite 122
San Jose, CA 95110
Telephone:  (408) 436-0789
Facsimile:  (408) 436-0758
E-mail:  wwu@sacattorneys.com

☐  **BY MAIL:**  I enclosed the document in a sealed envelope/s or package/s addressed to the person/s at the address/es in above and placed it/them for collection and mailing, following ordinary business practices.  I am readily familiar with the practice of Dentons US LLP for collecting and processing correspondence for mailing:  on that same day it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid.

☐  **BY NEXT BUSINESS DAY DELIVERY:**  I enclosed said document in an envelope/s or package/s provided by ☒ Federal Express / ☐ USPS and addressed to the person/s at the address/es above.  I placed the envelope/s or package/s for collection and next business day delivery at an office or a regularly utilized drop box of the carrier or delivered such envelope/s or package/s to a courier or driver authorized by the carrier to receive same.

☐  **VIA ELECTRONIC SERVICE:**  Pursuant to ☐ court order/ ☒ agreement of the parties, the document was emailed to the addresses above from heather.karlstad@dentons.com.  No error or "bounce-back" message was thereafter received.

☒  **VIA ODYSSEY EFILECA:**  By transmitting via Odyssey eFileCA the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

☐  **BY HAND DELIVERY:**  I enclosed the document in a sealed envelope/s or package/s addressed to the person/s at the address/es in the Service List and engaged USA Legal Network to deliver it/them by hand to the office/s of the addressee/s.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on April 1, 2021, at San Diego, California.

*Heather Karlstad*
Heather Karlstad